# 24 CV 7463

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Caze D. Thomas

_____

Write the full name of each plaintiff.

_____ CV _____
(Include case number if one has been assigned)

RECEIVED
SDNY PRO SE OFFICE
2024 SEP 30 PM 2:08

-against-

Apple _et al_, Meta _et al_, Google _et al_, Twitter/X,
Discord _et al_, Xoim; _et al_, Elon Musk, _et al_
Huewa, See attached _et al_

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore _not_ contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include _only_: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

See Attached

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Core D Thomas_ , is a citizen of the State of
(Plaintiff's name)

_New York, Queens_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _**See Attached**_____, is a citizen of the State of
     (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____**Global**_____.

If the defendant is a corporation:

The defendant, ____**All**_____, is incorporated under the laws of

the State of ____**Global**_____

and has its principal place of business in the State of ~~probably~~ **nation wide**

or is incorporated under the laws of (foreign state) **Globally**_____

and has its principal place of business in **Globally**_____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_**Care**_____ _**D.**_____ _**Thomas**_____
First Name          Middle Initial      Last Name

_**% 65-45 Parsons Blvd #1M Fresh Meadows**_____
Street Address

_**Fresh Meadows**_____ _**NY**_____ _**Domestic Republic 11365**_____
County, City                    State          Zip Code

_**(347)262-3434**_____ _**Thomaselectric@yahoo.Com**_____
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    _See Attached_

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                  State              Zip Code

Defendant 2:    \\                          //

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                  State              Zip Code

Defendant 3:    \\                          //

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                  State              Zip Code

Defendant 4:

_____     //
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City              State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Globally

Date(s) of occurrence: 12/06/20

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and what each defendant personally did or failed to do that harmed you. Attach
additional pages if needed. *Please excuse the Lipton tea stain, on the Fee waiver
I'm only presenting it, to show proof of date Filed/Submitted

Some Facts & Claims are attached, However there are more
which could not be added at this time due to their current
inaccessiblity and the time sensitivety, and my health
condition which forces me to simultaneously voluntarily
withdrawl only under the conditions that I be given another
opportunity to Refile _____ without prejudice
I originally Filed on Aug 23, which was timely to
meet the Statue of limitation. The Clerk made an error
And Return the Fee waiver, because it did not have an assigned
case #, which is something the court provides. Because
the Clerk thought my drop box timestamp was their recieving
stamp, She accidentally crossed @ them out. Once I Recover
From my Kidney Injury, Blood Clots on my lungs, And spinal bone
Fractures & Pinched nerves in my back, I will be able to submit a more
Evidence Included throughly detailed Plausible Complain for Every single defendant.
non theless, this Filing is necessary due to the Statue Page 5
of limitations. I have had to withdraw from all of my cases
Due to my illness. IF A withdrawl isnt permitted, I request time to heal
For leave to Amend

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

See Attached

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

See attaches

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 9/30/24

Plaintiff's Signature: W/Pred. U.C.C. P308

First Name: Core   Middle Initial: D.   Last Name: Thomas

Street Address: 40 68-45 Parsons Blvd #1m

County, City: Fresh Meadows   State: NY   Zip Code: 11365   Domestic Republic

Telephone Number: (347) 262-3434

Email Address (if available): Thomasinelectric@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

RocNation
Shawn Carter ⎤ Intro to Song
DJ Khalid ⎦ "God Did"

Young Thug — copyright Infrigement

Kelis — "midnight snacks" copyright Infrigement

Shawn Carter — Twitter Space
Jack Dorsey — Feature + Private Social Network

Her ⎤ "OFF the grid" collab
Sean Combs ⎦ copyright Infrigement

Jack Dorsey ⎤ web design
Twitter/x ⎥ hidden terms of Service
Elon Musk ⎦ "See Attached"

Torey Ianes ⎤ Infrigement
Mariah the Scientist ⎦

Her
migos
~~[scribbled out]~~ ⎤
DJ Khalid

Meek Mill —
"expensive Pain"
Album

Her ⎤
RocNation ⎥ "Woman" song on
Halle Berry ⎦ Bruise Soundtrack And the video

Mark Zuckerburg
Metaverse Plus Devices & their Features & Capabilities
Social Network tradedress Features

Shawn Carter ⎤ "Both Sides"
Swiss Beats ⎦ copyright Infrigement

Timbaland — Podcast Collab Song copyright Infrigement

★ Plus A host of other violations of each Including Civil Rico
★ Attached document, Focuses on twitter, however All defendants Are in violation of most of the same offenses

Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

_Caze D. Thomas_

Write the full name of each plaintiff or petitioner.

Case No. _____ CV_____

-against-

_See Attached_

Write the full name of each defendant or respondent.

Letter re: _____

All other listed dependants are in violation of
Patent Rights Tradedress / Trademark infringement,
And copyright Infringement of my Invented devices,
eco system protocals, use specs, & Claim, my devices design, utilities,
Protocals, specs, & Claims, Along with other my Intellectual
Properties, For My Business Zay Halo LLC, and
It's business dealings

_9/30/24_
Dated

_Caze D. Thomas_
Name

% 6545 Parsons Blvd #1M
Address                                    City

(347)262-3434
Telephone Number  (if available)

Signature

_n/a_
Prison Identification #  (if available)
Domestic Republic
11365
State          Zip Code

Thomaselectro@Yahoo.Com
E-mail Address  (if available)

Claims
#1
And material
Facts

---

Offenses

---

a. GDPR Article 5

b. GDPR Article 6

c. GDPR Article 7

d. GDPR Article 9

e. GDPR Article 12

f. GDPR Article 13

g. GDPR Article 14

h. GDPR Article 15

i. GDPR Article 17

j. GDPR Article 20

k. GDPR Article 21

l. GDPR Article 22

m. GDPR Article 30

n. GDPR Article 32

o. GDPR Article 35

p. Breach of contract

q. Computer fraud

r. Consumer fraud

s. Lanham Act

t. FTC Act

u. E-SIGN Act

v. CalOPPA

v. CalOPPA

w. False statement

x. CLRA

y. Conversion

z. Breach of fiduciary duty

A. CFAA

B. Securities Act of 1933

C. Obstruction of justice

D. Tampering with evidence

E. Destruction of evidence

F. Spoilation of evidence

G. Misrepresentation

H. Misleading

I. Deceptive business practice

J. Misdirection

K. Neglect

L. Intentional emotional distress

M. False representation

N. Unfair business practice

O. UNJUST ENRICHMENT

arguements and allegations

twitter has a responsibility to process personal data lawfully and fairly and transparently.

the plaintiff's data was taken from the format and which it was in as a machine readable format and stripped of pertinent important supportive data converting it into a text file intentionally processing the

file causing for the damage to it.

Twitter failed to collect the personal data for specified, explicit, and legitimate purpose.

the plaintiffs data should have never been accessed, and or processed and a text format as the plaintiff had specified, explicitly stated, until I had no legitimate purpose for converting it into a text file.

by converting the data into text it further stripped it of all security protecting the data leaving it vulnerable for anyone to delete, and alter the data.

by stripping and converting the file into text format the data was incorrectly processed.

Twitter did not ensure that personal data was kept in a form which permits the Plaintiff to access his data

Twitter failed to process the plaintiff's personal data in a manner that ensures appropriate security of the personal data including protection against unauthorized and unlawful processing and against accidental loss, destruction, or damage.

the plaintiff had given consent to receive his data as per the policy and as usual, not for it to be converted into a text form, and or stripped of pertinent security, in addition to corrupting and damaging the data and unauthorize access and use to the data.

in order for the file to have been convertered, it would have had to be completely accessed, by someone who did not have permission to do so, nor did they have permisission to convert it into text form, Mr. thomas only agreed to delivering the file to his email, not its alteration, or any other state outside of the policy concerning requesting and recieving his data archive and the html file that comes with it

the plaintiff claim that this was done maliciously and intentionally after it was made known how sensitive and important the record was directly.

Twitter failed to obtain explicit and informed consent from the plaintiff for processing their personal data.

the plaintiff did not approve of or consent to his data being converted to text formats, and the defendants has committed perjury to this court stating that it was the only format in which his data archive could be given.

Twitter failed to provide the plaintiff the right to access, rectify, or erase the data in which he wanted erased from his profile page, after the complaints of being hacked.

Twitter failed to respect the plaintiff's rights to restrict, or object to the processing of his personal data being converted into text form.

Twitter failed to provide the plaintiff an appointed data Protection Officer where is required by the gdpr.

Twitter failed to obtain valid content from the plaintiff for processing his personal data and converting it

into text form.

Twitter processed the plaintiff's personal data by converting it into text form uncessessarily and without a lawful basis for doing so.

The processing of the plaintiff's personal data into text was done in a manner that is incompatible with the purpose for which it was collected which was included to be meant to be as an historical record and archive, proof of invention, proof of ownership, proof of intellectual properties, proof of first to use, proof of prior art, in addition to evidence to be used in a court of law.

Twitter failed to provide the plaintiff with adequate information about the processing of his personal data,

twitter does not state what employee, and or data processing officer who had done this without the consent of the plaintiff.

Twitter failed to inform the plaintiff with information about the retention periods of deleted tweets in his personal data. the plaintiff was under the impression that all deleted data could still be recoverable in the data archive which could be requested at any time as it was common knowlegde, no notice of this change was give. the plaintiff was not notified that deleted data is only recoverable 14 days after it was deleted.

the plaintiff made all of his complaints to twitter of hack through his timeline publicly.

the state of the text file given to the plaintiff for the show that it was handled, and processed in ways that were unauthorized and because it is a text file it further shows how accessible it is having absolutely no security measures protecting the data that was adequate and prevented hacking, misuse, abuse, corruption, damage, deletions, alterations, replacements.

Twitter processed the plaintiff's personal data and a manner that cause unwarranted damage, or distress to the data and the plaintiff.

in the sign up web page of Twitter, Twitter failed to provide clear and concise information about the processing of the plaintiff's personal data which light adequate visibility, and accessibility.

furthermore Twitter failed to obtain explicit consent for processing the plaintiff's personal data upon sign up,

Twitter failed to provide a consent mechanism that is unambiguous and not confusing, and in a text format in which the plaintiff data has been compromised

Twitter processed the plaintiffs personal data in ways that were malicious, and not compatible with the original form of which the data was collected, and because of this to the further failed to provide a the plaintiff with his entire data archive.

the plaintiff has requested his data since January 14th 2022 and he still haven't received his entire

Twitter data archive.

prior to 2023 the plaintiff was always given his data archive and which he thought was in its entirety because he was not told deleted tweets were no longer included in the data archive, the plaintiff was always given all of his files and Json form, which included an HTML file. there is nothing stating that suspended acrounts get text files.

where what was requested was his entire archive having the ability to be seen in addition to all of its elements such as photos, media, friends list, messages, likes, all interactions, searches, bookmarks, list, and all photos which could be viewed online, and offline.

as Twitter is well aware of all of its hacking issues Twitter has still not in good faith allowed Mr Thomas to delete the offending tweets that was accredited to his account by no intended means of his own.

Twitter failed to provide the plaintiff with the right to object to processing his personal data to where it would be converted into a text file and where anyone could add to, make changes, and deletions from the historical official record in which was known he sought, the malicious processing unsecuring and altering his data was an act of vandalism and was done for the compromising his data.

Twitter failed to provide the plaintiff with the right to data portability.

Twitter failed to respond to the plaintiff's request within the required time frame as it has gone over a year and Twitter still has not given Mr Thomas his data archive to further prove that Mr Thomas has been shadowbanned, Mr Thomas screen recorded the entire process of him requesting his Twitter data. Twitter still has not responded to that request. the recording of that request and Broadcasting has been posted on tick tock for the past 5 months.

Twitter has not allowed the plaintiff to erase specific offending tweets which does not break Twitter rules, and which the plaintiff claims was not done by him and or was not done by him intentionally and could only be done through the hacking and access of his device through the Twitter platform.

the damage is extensive because the plaintiff did not know what to think, because he knew it wasn't him but the story in itself seemed so unbelievable, but because of the FTC broadcast of The Whistleblower, the plaintiff presences the transcript of the testimony as proof and witness that twitter was aware that hackers who were employees or non employees had the ability to access users devices through the Twitter platform

during the presidential election where Biden was elected president opposing Trump Mr Thomas was heavily active in support of the Democratic Party, Mr Musk has shown explicit discrimination towards those who support Biden, and the Democratic Party and even more so against those who are against Donald Trump. for these reasons Mr. Thomas is claiming discrimination for paticipatating in an protected act.

Mr Thomas was very expressive against Mr Trump in regards to his actions and treatment of the children he placed in cells and cages. some of the children are still missing, and many of them were raped by the

private security guards that was hired to hold a post guarding the children. the security guards were not charged, and one in particular raped a 4-year-old, his DNA was found and his freedom was presumed to be for reasons due to trumps protection.

before his presidency Mr Trump was already facing rape charges of a 12-year-old girl , reports have been made where his defense and admittance in his actions was that the 12-year-old girl gave him permission.

during his entire campaign and presidency Mr Trump had made many inappropriate offensive remarks. many of the children who were displaced after crossing the border, were placed in childlike juvenile jumpsuits, therefore

in addition to all other allegations Mr Thomas alleged another motive being Mr Musk discriminatory against Mr Thomas for engaging in protected political Acts, and against the politicians whom Mr. Musk gives his support.

many actions by Mr Musk as the CEO of Twitter has been to show favor to majority of those whom show favor and support to his political party and or Mr Trump.

the connection between offending parties can also be seen as being made through having the same attorney, Mr.Alex Spiro. this came to the Plaintiff attention after both Mr. Carter and Mr. Williams gifted a car to Mr. Robert Kraft after Mr. spiro had defended Mr. Kraft from sex related crimes. all three have Mr. Spiro as an attorney.

Mr. Spiro is also the lawyer who has played a key role of twitter's previous merger. Mr.Spiro is also Mr.Musk attorney as well

---

allegations and arguements

with offense references

---

1. Twitter has a responsibility to process personal data lawfully and fairly and transparently. (a, b, h, m)

2. The plaintiff's data was taken from the format and which it was in as a machine-readable format and stripped of pertinent important supportive data converting it into a text file intentionally processing the file causing for the damage to it. (e, y, z)

3. Twitter failed to collect the personal data for specified, explicit, and legitimate purpose. (a, b)

4. The plaintiff's data should have never been accessed, and or processed and a text format as the plaintiff had specified, explicitly stated, until I had no legitimate purpose for converting it into a text file. (p)

5. By converting the data into text it further stripped it of all security protecting the data leaving it

vulnerable for anyone to delete, and alter the data. (e, y)

6. By stripping and converting the file into text format the data was incorrectly processed. (p)

7. Twitter did not ensure that personal data was kept in a form which permits the Plaintiff to access his data. (h, j)

8. Twitter failed to process the plaintiff's personal data in a manner that ensures appropriate security of the personal data including protection against unauthorized and unlawful processing and against accidental loss, destruction, or damage. (h, n)

9. The plaintiff had given consent to receive his data as per the policy and as usual, not for it to be converted into a text form, and or stripped of pertinent security, in addition to corrupting and damaging the data and unauthorized access and use to the data. (a, b, g)

10. In order for the file to have been converted, it would have had to be completely accessed, by someone who did not have permission to do so, nor did they have permission to convert it into text form. (q)

11. The plaintiff claims that this was done maliciously and intentionally after it was made known how sensitive and important the record was directly. (q, z)

12. Twitter failed to obtain explicit and informed consent from the plaintiff for processing their personal data. (c)

13. The plaintiff did not approve of or consent to his data being converted to text formats, and the defendants have committed perjury to this court stating that it was the only format in which his data archive could be given. (g, p)

14. Twitter failed to provide the plaintiff the right to access, rectify, or erase the data in which he wanted erased from his profile page, after the complaints of being hacked. (h)

15. Twitter failed to respect the plaintiff's rights to restrict or object to the processing of his personal data being converted into text form. (c)

16. Twitter failed to provide the plaintiff an appointed data Protection Officer where is required by the GDPR. (m)

17. Twitter failed to obtain valid content from the plaintiff for processing his personal data and converting it into text form. (c)

18. Twitter processed the plaintiff's personal data by converting it into text form unnecessarily and without a lawful basis for doing so. (c)

19. The processing of the plaintiff's personal data into text was done in a manner that is incompatible with the purpose for which it was collected which was included to be meant to be as a historical record and archive, proof of invention, proof of ownership, proof of intellectual properties, proof of first to use,

proof of prior art, in addition to evidence to be used in a court of law. (c)

20. Twitter failed to provide the plaintiff with adequate information about the processing of his personal data. (c)

---

Allegations and Arguements

---

21. Twitter does not state what employee and or data processing officer who had done this without the consent of the plaintiff.

22. Twitter failed to inform the plaintiff with information about the retention periods of deleted tweets in his personal data. The plaintiff was under the impression that all deleted data could still be recoverable in the data archive which could be requested at any time as it was common knowledge, no notice of this change was given. The plaintiff was not notified that deleted data is only recoverable 14 days after it was deleted.

23. The plaintiff made all of his complaints to Twitter of hack through his timeline publicly.

24. The state of the text file given to the plaintiff for the show that it was handled and processed in ways that were unauthorized and because it is a text file it further shows how accessible it is having absolutely no security measures protecting the data that was adequate and prevented hacking, misuse, abuse, corruption, damage, deletions, alterations, replacements.

25. Twitter processed the plaintiff's personal data and a manner that cause unwarranted damage, or distress to the data and the plaintiff.

26. In the sign-up web page of Twitter, Twitter failed to provide clear and concise information about the processing of the plaintiff's personal data which light adequate visibility and accessibility.

27. Furthermore, Twitter failed to obtain explicit consent for processing the plaintiff's personal data upon sign up.

28. Twitter failed to provide a consent mechanism that is unambiguous and not confusing, and in a text format in which the plaintiff data has been compromised.

29. Twitter processed the plaintiff's personal data in ways that were malicious, and not compatible with the original form of which the data was collected, and because of this, it further failed to provide the plaintiff with his entire data archive.

30. The plaintiff has requested his data since January 14th, 2022, and he still hasn't received his entire Twitter data archive. Prior to 2023, the plaintiff was always given his data archive, and which he thought was in its entirety because he was not told deleted tweets were no longer included in the data archive. The plaintiff was always given all of his files and JSON form, which included an HTML file. There is

nothing stating that suspended accounts get text files.

31. Where what was requested was his entire archive having the ability to be seen in addition to all of its elements such as photos, media, friends list, messages, likes, all interactions, searches, bookmarks, list, and all photos which could be viewed online and offline.

32. As Twitter is well aware of all of its hacking issues Twitter has still not in good faith allowed Mr. Thomas to delete the offending tweets that was accredited to his account by no intended means of his own.

33. Twitter failed to provide the plaintiff with the right to object to processing his personal data to where it would be converted into a text file and where anyone could add to, make changes, and deletions from the historical official record in which was known he sought, the malicious processing unsecuring and altering his data was an act of vandalism and was done for compromising his data.

34. Twitter failed to provide the plaintiff with the right to data portability.

35. Twitter failed to respond to the plaintiff's request within the required time frame as it has gone over a year and Twitter still has not given Mr. Thomas his data archive to further prove that Mr. Thomas has been shadowbanned. Mr. Thomas screen recorded the entire process of him requesting his Twitter data. Twitter still has not responded to that request. The recording of that request and broadcasting has been posted on TikTok for the past 5 months.

36. Twitter has not allowed the plaintiff to erase specific offending tweets which does not break Twitter rules, and which the plaintiff claims was not done by him and or was not done by him intentionally and could only be done through the hacking and access of his device through the Twitter platform.

37. The damage is extensive because the plaintiff did not know what to think, because he knew it wasn't him but the story in itself seemed so unbelievable, but because of the FTC broadcast of The Whistleblower, the plaintiff presents the transcript of the testimony as proof and witness that Twitter was aware that hackers who were employees or non-employees had the ability to access users' devices through the Twitter platform.

---

arguments and allegations

with offenses references

---

38. Mr Thomas states that he is also an artist, a musician and his music has been posted online and throughout his social medias since 2020, and in these pieces of evidence Mr. Thomas shows thousands of recordings using his mobile device. (No offenses)

39. To relieve stress Mr Thomas makes his music and this has been publicly made known, and has been known throughout all of his social medias for years before any conflicts with any alleged offending parties. (No offenses)

40. In the plaintiff's social media there is a scroll of over a thousand recordings in just one of his devices, and on another device there is another 1500 musical recordings. Some of these recordings are prayers, some of them are scripts to movies that he intended to write and create, some of them are memoirs, and some of them are just private venting of his artistic creative expression. (No offenses)

41. The plaintiff alleged that because he did not post the offensive tweets that led to his account being suspended that there were only but so many other scenarios that that was possible and none of them were due to the plaintiff's actual actions, and or intent. (No offenses)

42. The plaintiff alleged that an unauthorized person had access to his device and made those tweets themselves, or it very well could have been through the manipulation of his microphone and used of the speech to text feature by a hacker through the platform, or his device was accessed through the platform by hackers and after hearing what could have been said by the plaintiff during one of his artistic creative musical expressions, the hacker could have posted the contents of those artistic Creative Expressions as tweets, and unaware to the plaintiff. (q, A)

43. Mr Thomas had already had cases throughout this court stating that his devices were cyberhacked and his musical works and intellectual properties had been taken by the offending parties through cyber hacking who could have only obtained them through cyber hacking, because they weren't posted online and had too many of his recordings in their albums and on their records. (q, A, y)

44. The plaintiff, after not being believed by a judge, refrained from saying a hacker posted on his account because of how he thought it would make him look to the judge of this court. (No offenses)

45. The offending parties are known for committing bad acts of violating artist works even after legal efforts have been made, as already mentioned. (s, t, N, O)

46. Mr Thomas recalls no such vent and denies saying these things, but includes these scenarios to state that if any of these words came from him, this would be the only possible way they would have been posted to his account. (No offenses)

47. Mr Thomas does not post all of his art and works because many of them are private and personal, and it would have been no different and any other recording which was supposed to have been private if in fact it ever occurred. (No offenses)

48. The plaintiff is simply trying to make sense of what happened because he did not post those tweets himself. (No offenses)

49. Mr. Elon Musk was recently hacked himself by teenagers, and Twitter knowing that hackers are capable of accessing people's devices through the platform did nothing to correct, and or change these compromising factors to protect users' data and accounts, having potential harm to reputation, and

character. (q, A, K)

50. The plaintiff is the type of person that would say he did it if he actually did, but he did not. (No offenses)

51. The plaintiff further alleges under the California state law AB 2799 in which this case has supplemental jurisdiction and as specifically requested by the defendants, that any offense, if ever implied by the defendants because of the tweets that led to the plaintiff's account being suspended, was not consciously and/or intentionally done by the plaintiff as his expressions are matters of creativity and art and not Criminal Intent and must be excused. (No offenses)

52. Voice to Text technology does not record musical notes or instrumentals that may have been playing in the background. The actual said offending tweet. (No offenses)

---

applicable offenses references

---

21. Offenses: Breach of contract, Misrepresentation, False statement

22. Offenses: GDPR Article 5, GDPR Article 15, False statement

23. Offenses: None apparent

24. Offenses: Breach of contract, Unfair business practice, Neglect

25. Offenses: GDPR Article 5, GDPR Article 9, Intentional emotional distress

26. Offenses: GDPR Article 13, Misleading

27. Offenses: GDPR Article 7, Misrepresentation

28. Offenses: GDPR Article 7, Misleading, False statement

29. Offenses: GDPR Article 5, GDPR Article 20, Unfair business practice

30. Offenses: GDPR Article 15, False statement

31. Offenses: GDPR Article 20, Unfair business practice

32. Offenses: None apparent

33. Offenses: GDPR Article 21, Destruction of evidence, Misrepresentation, Obstruction of justice

34. Offenses: GDPR Article 20, Unfair business practice

35. Offenses: GDPR Article 12, FTC Act, Unfair business practice, Neglect

36. Offenses: None apparent

37. Offenses: Misrepresentation, False statement

w. False statement

x. CLRA

y. Conversion

z. Breach of fiduciary duty

A. CFAA

B. Securities Act of 1933

C. Obstruction of justice

D. Tampering with evidence

E. Destruction of evidence

F. Spoilation of evidence

G. Misrepresentation

H. Misleading

I. Deceptive business practice

J. Misdirection

K. Neglect

L. Intentional emotional distress

M. False representation

N. Unfair business practice

O. UNJUST ENRICHMENT

---

allegations, and arguements

---

Twitter's sign-up web page designs are deceptive and manipulative, drawing a user's attention away from noticing hidden notices. (H, I, M, N)

Depending on the serial number of a device, Twitter's page design hides the terms of service under and

separated from the fill-in form section of the page, where the user only agrees to the terms of creating an account after entering their information (Exhibit A). (c, e, H, I, J, M, N)

Depending on the serial number of a device, Twitter's page design excludes visibility and/or accessibility to Twitter's terms of service notification (Exhibit B). (c, e, H, I, J, M, N)

11. Twitter does not include a checkbox agreeing to Twitter's terms of services within the fill-in form portion of the page where a user's attention has been drawn to and led to focus on.

12. As a requirement to create an account, Twitter does not include a checkbox accompanied by the terms of service link anywhere on the sign-up web page design for the purpose of a user agreeing to the terms of service in which the defendant has presented in their motion to dismiss, which would have been evidence that the user had the opportunity to review the terms of service, acknowledge they existed, and consciously agreed to them.

13. Twitter could have included a checkbox for the terms of service agreement in their sign-up web page design as they had included checkboxes for other reasons the terms of services. Twitter chose not to intentionally, instead in their design the terms of service notification is placed where it's hidden for most devices.

14. Twitter did not retain an e-signature to agreeing to the terms of service.

15. Between the neglectful actions of Twitter making the platform accessible to hackers who could violate the user's data, the terms of service waving a user's rights and rendering Twitter not liable, and the manipulative and deceptive tactics used in the sign of a web page, the plaintiff alleges that Twitter acted with the intentions of causing harm. Where it would have been in their favor that the evidence that was destroyed had been destroyed.

Applicable offenses

11.Offenses: m. GDPR Article 30, w. False statement, x. CLRA

12.Offenses: c. GDPR Article 7, p. Breach of contract

13.Offenses: i. GDPR Article 17, j. GDPR Article 20, k. GDPR Article 21, l. GDPR Article 22, m. GDPR Article 30, n. GDPR Article 32, o. GDPR Article 35, u. E-SIGN Act, v. CalOPPA, i. Deceptive business practice, m. Misrepresentation

14Offenses: u. E-SIGN Act

15Offenses: p. Breach of contract, s. Lanham Act, t. FTC Act, x. CLRA, y. Conversion, z. Breach of fiduciary duty, L. Intentional emotional distress, m. Misrepresentation, n. Unfair business practice, o. UNJUST ENRICHMENT, D. Tampering with evidence, E. Destruction of evidence, F. Spoilation of evidence, G.

Misrepresentation, H. Misleading, I. Deceptive business practice, J. Misdirection, K. Neglect

16. Twitter's default settings in their sign-up web page design are intended to deceive, manipulate, mislead, misdirect, intimidate, mentally abuse/assault, and deprive users of their rights.

allegations, and arguements

17. In some of Twitter's web designs for the sign-up web page, there are notices in the fill-in form portion of the page which states that upon creating an account a user agrees to the terms of service below, the terms and service that are placed below does not include any link to the actual terms of service.

18. What's shown furthermore is that the terms of service in which the defense pertains to is on the right side of the page and not below.

19. The plaintiff asks the court to consider whether or not a reasonable person, after seeing the terms of service below, if a user would feel or think it's necessary that they print out the few sentences that were presented to them below and present it to them as the terms of service in which they were agreeing to create an account.

20. What's shown in this Wayback Machine screenshot is that Twitter notified users that they were agreeing to the terms of service below, which completely omitted the terms of service that was presented to this court by the defendants in their motion to dismiss.

21. What's further shown in the screenshots of Twitter's sign-up web page design is that the designs themselves were faulty and flawed and did not properly respond to the devices that captured the image.

22. The terms of service statement lacks the legal requirement of displaying terms of service and allowing every user using any device reasonable access and visibility of them, resulting in denying the user the opportunity to agree, disagree, or fully understand the terms of service.

23. The plaintiff alleges that Twitter's deceptive and manipulative sign-up web page designs deprived him of the opportunity to fully understand and agree to the terms of service, which ultimately resulted in harm caused to him as a user of the platform.

24. The plaintiff further alleges that Twitter's actions in designing the sign-up web page were intentional and done with the knowledge that it would mislead and deceive users.

Applicable offenses

16.Deceptive business practice, Misrepresentation, Misleading, Misdirection, Intentional emotional distress

17Deceptive business practice, Misrepresentation

18Deceptive business practice

19Deceptive business practice, Neglect

20Deceptive business practice, Misrepresentation

21Neglect

22Deceptive business practice

23Deceptive business practice, Unjust enrichment, Intentional emotional distress

24Deceptive business practice, Intentional emotional distress

allegations, and arguements

25. The plaintiff seeks compensation for the harm caused to him as a result of Twitter's actions and a change in Twitter's sign-up web page design to make it more transparent and accessible to users.

26. The plaintiff also seeks to hold Twitter accountable for its actions and prevent them from continuing to deceive and manipulate users through their sign-up web page designs.

27. The plaintiff believes that Twitter's actions in this matter were in violation of consumer protection laws and seeks to have Twitter held accountable for their actions under these laws.

28. The plaintiff requests that the court thoroughly review the evidence presented in this case and make a just and fair ruling based on the facts and the law.

29. The defendants have stated that an account cannot be created without the agreement of the terms of service, there is no checkbox requirement for users to show the agreement to the terms of service, there is no esignature requirements, and even while the terms of service notice is still hidden from view, an account can still be created.

30. The defendants seek judicial notice, under the implementations in which they have presented. The Wayback Machine only shows that the screenshot in which they presented in their exhibits was only one

of the hundreds of thousands of screenshots taken that day by hundreds of thousands of people.

31. The plaintiff alleges that depending on the device serial number, the web page for the Twitter sign-up was designed to show incomplete information, force continuity, and contain default settings as defined as page designs that automatically force a continued fraudulent and or unlawful agreement which ultimately causes harm to the plaintiff,

32. In addition, Mr. Thomas reserves his rights in all contracts whether physically or digitally under UCC 1-308 without prejudice and reservation

---

Applicable offenses

---

25Unfair business practice, deceptive business practice, consumer fraud

26Unfair business practice, deceptive business practice, consumer fraud

27Consumer protection laws, unfair business practice, deceptive business practice, consumer fraud

28None

29None specified

30None specified

31Consumer fraud, unfair business practice, deceptive business practice

32None specified

---

allegations, and arguements

---

33. Legal notice has been given concerning Mr. Thomas' reservation of all his rights before the Uniform Commercial Code 1-308 was created where it was UCC 1-207 prior to that.

34. Mr. Thomas has done so since 2002, so by no means would Mr. Thomas waive his rights.

35. Before this case and before any conflicts or confrontations with anyone regarding Mr. Thomas' Twitter account and intellectual properties, Mr. Thomas has proof specifically by this court showing that since 2018 Mr. Thomas has always reserved his rights.

36. For further proof, Mr. Thomas posted a picture of his passport signature on Twitter, giving further public notice that without prejudice, he reserved his rights and waiver of none under the performance of a contract.

37. The terms and conditions presented in Twitter's sign-up page were that once you filled in the form, the terms in which would be accepted is to create an account.

38. Unenforceable contracts are where the terms and conditions are illegal, lack of mutual ascent, and unconscionable.

39. Twitter has services that are freely offered, can be viewed by the public without creating an account, or waiving any rights.

40. Twitter does not enforce their policy fairly and transparently, and Twitter fails to protect users' data according to applicable laws.

41. Twitter fails to ensure the safety and security of the platform and users' data.

42. Twitter has violated customer protection laws and/or public policy.

43. Twitter is required to provide care with reasonable levels of skill and care.

44. Hackers have compromised the integrity of the platform, yet Twitter constantly fires those who aid in and/or contribute to maintenance, repair, and safety.

---

Applicable offenses

---

33No offense applies to this statement.

34No offense applies to this statement.

35No offense applies to this statement.

36No offense applies to this statement.

37No offense applies to this statement.

38No offense applies to this statement.

39No offense applies to this statement.

40GDPR Article 5, GDPR Article 12, GDPR Article 30, GDPR Article 32, FTC Act, CalOPPA, False statement, CLRA, Conversion, Unfair business practice, Unjust enrichment.

41GDPR Article 5, GDPR Article 12, GDPR Article 30, GDPR Article 32, FTC Act, CalOPPA, False statement,

CLRA, Conversion, Unfair business practice, Breach of fiduciary duty, Unjust enrichment.

42 Breach of contract, False statement, Misrepresentation, Misleading, Deceptive business practice, Misdirection, Unfair business practice.

43 No offense applies to this statement.

44 CFAA, Obstruction of justice, Tampering with evidence, Destruction of evidence, Spoilation of evidence.

offenses

a. GDPR Article 5

b. GDPR Article 6

c. GDPR Article 7

d. GDPR Article 9

e. GDPR Article 12

f. GDPR Article 13

g. GDPR Article 14

h. GDPR Article 15

i. GDPR Article 17

j. GDPR Article 20

k. GDPR Article 21

l. GDPR Article 22

m. GDPR Article 30

n. GDPR Article 32

o. GDPR Article 35

p. Breach of contract

q. Computer fraud

r. Consumer fraud

s. Lanham Act

t. FTC Act

u. E-SIGN Act

v. CalOPPA

w. False statement

x. CLRA

y. Conversion

z. Breach of fiduciary duty

A. CFAA

B. Securities Act of 1933

C. Obstruction of justice

D. Tampering with evidence

E. Destruction of evidence

F. Spoilation of evidence

G. Misrepresentation

H. Misleading

I. Deceptive business practice

J. Misdirection

K. Neglect

L. Intentional emotional distress

M. False representation

N. Unfair business practice

O. UNJUST ENRICHMENT

arguements and allegations

1. my Twitter account was hacked

2. Twitter failed to implement proper security for uses data,

I requested a copy of my archive data several times and they would not give it back to me and it's entirety, nor did they give it back to me and it's proper form.

3. twitter would not let me correct my data after knowing that they had a hacking issue

theres physical evidence that my account was access and my data was deleted when i has no access to it.

4. after being informed of this they continued to keep my account suspended when they did not do the same to others who had violated their rules and these others are their business parterns, friends, political parties, and associates

5. There's also proof that when my data was hacked it was damaged and corrupt,

Twitter allowed users data to be easily compromised, easily accessed, by their employees who had unauthorized access including those who weren't Twitter employees,

6. Twitter has treated me differently from other users/customers in ways that violate article 5 of the GDPR,

7. twitter has violated their own terms of service .

8. Twitter would not let me delete and all correct data after my account had been hacked.

9. Twitter had intentionally fired employees who were pertinent to the operations and security of user's data,

10. Twitter owner and CEO admitted to knowing that another company was using user's data without permission for a different project in which he had special interests and only complained about it after that entity claimed to no longer support him and was an act of retaliating against the company by threatening to sue them.

11. the Twitter information that was given to me in text form shows some of my tweets and those tweets were scrambled in a sporadic order, further proving that the data had been compromised, and corrupted.

12. I have suffered is proof of legacy, proof of being a first inventor, and the damage of an historical record that would have granted me Awards and accolades and recognitions, sujected to reputable harm as my account has been labeled negatively.

13. my data has been deleted because the owner of Twitter is using my trademark,

When I requested my data Twitter gave me corrupted files,

14. when I continue to ask for my data Twitter would not give me my data at all,

and it was only after bringing Twitter to court a year later that Twitter still had not given me my data archive in its entirety a specifically stated,

15. the text is not in order by date and time specifically mostly for 2020 and 2021

16. There were copy and paste tweets to fill in data that had been removed to compensate what had

been removed, altered, and deleted to reflect the numerical value accrideted to the profile.

17. The plaintiff further alleged that Twitter does not want to reinstate his account because the account may not be able to be reinstated due to the corruption and damage that it was subjected to by Twitter employees or users who weren't Twitter employees, and the intrusion was done without the plaintiff's permission

18. the defendants were falsely credited and recognized for the plaintiffs IP, because they falsely claimed the plaintiffs IP,

19. they associated themselves and their reputations to the plaintiffs IP,

20. they devalue the plaintiffs IP, and they did so knowing that the plaintiff didnt want them to use or profit off of his IP as it was publicly posted and they were notified

the plaintiff questioned all of them to being involved with matters of terroristic human sex trafficking,

21. the plaintiff didnt want to have anything to do with them personally and or businesswise directly until after there was enough to deter his suspicions, and after stating so the plaintiff went about his business as if they did not exist.

22. for these reasons the plaintiff further alleged spoilation of evidence, tampering with evidence, obstruction of justice, unfair competition, violation of protection and privacy of data, computer fraud, customer fraud, civil rico, unfair business practices, and a host of other applicable laws, legal theory, legal standard, and the legality based on the adverse actions in which the plaintiff has been subjected to and in doing so the plaintiff States plausible claims and causes of actions according to the requirements of each violation which will also be accompanied by previous cases relevant to this one including this court, as well as statements of jurisdiction.

23. Lastly the plaintiff includes all injuries, damages, and reliefs.

mr. Thomas is Mr Thomas is disclosing these details so that it won't appear that he is just simply accusing Mr Musk and Twitter of picking him specifically out of millions of users to abuse, take advantage of, and violate the rights of. Mr Thomas,

24. Mr. Thomas is disclosing these details so that the connection can be seen as to why specifically Mr Thomas was subjected to certain offenses, in addition to being subjected to the lack of security in his data as Millions of other Twitter users are.

25. nonetheless the named alleged offending parties specifically had a special interest in the destruction of Mr Thomas's intellectual properties and in relation to each other, in ways and in which would have profited them and gained them favor, recognition and opportunities. again, this case is specifically about, Twitter, and Mr.Musk because of all of the said allegations.

applicable elements

and offences

---

1. Hacking (possibly a criminal offense depending on the jurisdiction)

2. GDPR Article 15, Breach of contract

3. GDPR Article 16

4. Discrimination, Unfair treatment

5. Data breach, Unauthorized access, Misconduct

6. GDPR Article 5

7. Violation of terms of service

8. GDPR Article 17

9. Unlawful termination, Negligence

10. Misuse of user data, Failure to protect user data, Insider trading

11. Data corruption, Data breach

12. Defamation, Loss of potential earnings and recognition

13. Trademark infringement, Data corruption

14. Refusal to provide data, Contempt of court

15. Data corruption, Data breach

16. Data manipulation

17. Unauthorized access, Data breach

18. IP theft

19. False association

20. IP theft, Defamation, Accusation of criminal activity

21. Harassment, Defamation

22. GDPR Article 5, GDPR Article 6, GDPR Article 7, GDPR Article 9, GDPR Article 12, GDPR Article 13, GDPR Article 14, GDPR Article 15, GDPR Article 17, GDPR Article 20, GDPR Article 21, GDPR Article 22, GDPR Article 30, GDPR Article 32, GDPR Article 35, Breach of contract, Computer fraud, Consumer fraud, Lanham Act, FTC Act, E-SIGN Act, CalOPPA, False statement, CLRA, Conversion, Breach of fiduciary duty, CFAA, Securities Act of 1933, Obstruction of justice, Tampering with evidence, Destruction of evidence, Spoilation of evidence, Misrepresentation, Misleading, Deceptive business practice, Misdirection, Neglect, Intentional emotional distress, False representation, Unfair business practice, Unjust enrichment

23. Damages, Injuries, Relief

24. Lack of data security, Discrimination

25. IP theft, Defamation, Discrimination, Data breach, Unauthorized access, Misconduct, False association, Unjust enrichment.

---

applicable offenses

reference

---

1. Hacking (potentially also unauthorized access or unauthorized use of a computer)

2. Failure to provide access to personal data (potentially breach of contract)

3. Failure to rectify inaccurate personal data (potentially breach of contract)

4. Unequal treatment of users (potentially unfair business practice or breach of contract)

5. Failure to adequately protect personal data (potentially breach of contract)

6. Violation of GDPR Article 5

7. Violation of terms of service

8. Failure to delete personal data (potentially breach of contract)

9. Intentional firing of employees pertinent to security of user data (potentially wrongful termination)

10. Misuse of user data (potentially violation of privacy or data protection laws)

11. Compromise and corruption of personal data (potentially breach of contract or violation of privacy or data protection laws)

12. Damage to historical record (potentially defamation or tortious interference with business relations)

13. Deletion of personal data and use of trademark (potentially breach of contract or violation of trademark law)

14. Failure to provide personal data (potentially breach of contract)

15. Incorrect organization of personal data (potentially breach of contract)

16. Alteration and deletion of personal data (potentially breach of contract)

17. Intrusion without permission (potentially unauthorized access or unauthorized use of a computer)

18. False credit and recognition of intellectual property (potentially infringement or misappropriation of intellectual property)

19. Association with and devaluation of intellectual property (potentially defamation or tortious interference with business relations)

20. Use and profit off intellectual property without consent (potentially infringement or misappropriation of intellectual property)

21. Business avoidance due to suspicions (potentially irrelevant to legal claims)

22. Multiple potential violations including unfair competition, data protection, computer fraud, and unfair business practices

23. Injuries, damages, and reliefs (potentially relevant to damages claims)

24. Lack of security in personal data (potentially breach of contract or violation of privacy or data protection laws)

25. Allegations against specific parties (potentially relevant to tortious interference with business relations or conspiracy)

offenses

a. GDPR Article 5

b. GDPR Article 6

c. GDPR Article 7

d. GDPR Article 9

e. GDPR Article 12

f. GDPR Article 13

g. GDPR Article 14

h. GDPR Article 15

i. GDPR Article 17

j. GDPR Article 20

k. GDPR Article 21

l. GDPR Article 22

m. GDPR Article 30

n. GDPR Article 32

o. GDPR Article 35

p. Breach of contract

q. Computer fraud

r. Consumer fraud

s. Lanham Act

t. FTC Act

u. E-SIGN Act

v. CalOPPA

w. False statement

x. CLRA

y. Conversion

z. Breach of fiduciary duty

A. CFAA

B. Securities Act of 1933

C. Obstruction of justice

D. Tampering with evidence

E. Destruction of evidence

F. Spoilation of evidence

G. Misrepresentation

H. Misleading

I. Deceptive business practice

J. Misdirection

K. Neglect

L. Intentional emotional distress

M. False representation

N. Unfair business practice

O. UNJUST ENRICHMENT

---

arguements and allegations

---

1. my Twitter account was hacked

2. Twitter failed to implement proper security for uses data,

I requested a copy of my archive data several times and they would not give it back to me and it's entirety, nor did they give it back to me and it's proper form.

3. twitter would not let me correct my data after knowing that they had a hacking issue

theres physical evidence that my account was access and my data was deleted when i has no access to it.

4. after being informed of this they continued to keep my account suspended when they did not do the same to others who had violated their rules and these others are their business parterns, friends, political parties, and associates

5. There's also proof that when my data was hacked it was damaged and corrupt,

Twitter allowed users data to be easily compromised, easily accessed, by their employees who had unauthorized access including those who weren't Twitter employees,

6. Twitter has treated me differently from other users/customers in ways that violate article 5 of the GDPR,

7. twitter has violated their own terms of service .

8. Twitter would not let me delete and all correct data after my account had been hacked.

9. Twitter had intentionally fired employees who were pertinent to the operations and security of user's data,

10. Twitter owner and CEO admitted to knowing that another company was using user's data without permission for a different project in which he had special interests and only complained about it after that entity claimed to no longer support him and was an act of retaliating against the company by threatening to sue them.

11. the Twitter information that was given to me in text form shows some of my tweets and those tweets were scrambled in a sporadic order, further proving that the data had been compromised, and corrupted.

12. I have suffered is proof of legacy, proof of being a first inventor, and the damage of an historical record that would have granted me Awards and accolades and recognitions, sujected to reputable harm as my account has been labeled negatively.

13. my data has been deleted because the owner of Twitter is using my trademark,

When I requested my data Twitter gave me corrupted files,

14. when I continue to ask for my data Twitter would not give me my data at all,

and it was only after bringing Twitter to court a year later that Twitter still had not given me my data archive in its entirety a specifically stated,

15. the text is not in order by date and time specifically mostly for 2020 and 2021

16. There were copy and paste tweets to fill in data that had been removed to compensate what had

been removed, altered, and deleted to reflect the numerical value accredited to the profile.

17. The plaintiff further alleged that Twitter does not want to reinstate his account because the account may not be able to be reinstated due to the corruption and damage that it was subjected to by Twitter employees or users who weren't Twitter employees, and the intrusion was done without the plaintiff's permission

18. the defendants were falsely credited and recognized for the plaintiffs IP, because they falsely claimed the plaintiffs IP,

19. they associated themselves and their reputations to the plaintiffs IP,

20. they devalue the plaintiffs IP, and they did so knowing that the plaintiff didnt want them to use or profit off of his IP as it was publicly posted and they were notified

the plaintiff questioned all of them to being involved with matters of terroristic human sex trafficking,

21. the plaintiff didnt want to have anything to do with them personally and or businesswise directly until after there was enough to deter his suspicions, and after stating so the plaintiff went about his business as if they did not exist.

22. for these reasons the plaintiff further alleged spoilation of evidence, tampering with evidence, obstruction of justice, unfair competition, violation of protection and privacy of data, computer fraud, customer fraud, civil rico, unfair business practices, and a host of other applicable laws, legal theory, legal standard, and the legality based on the adverse actions in which the plaintiff has been subjected to and in doing so the plaintiff States plausible claims and causes of actions according to the requirements of each violation which will also be accompanied by previous cases relevant to this one including this court, as well as statements of jurisdiction.

23. Lastly the plaintiff includes all injuries, damages, and reliefs.

mr. Thomas is Mr Thomas is disclosing these details so that it won't appear that he is just simply accusing Mr Musk and Twitter of picking him specifically out of millions of users to abuse, take advantage of, and violate the rights of. Mr Thomas,

24. Mr. Thomas is disclosing these details so that the connection can be seen as to why specifically Mr Thomas was subjected to certain offenses, in addition to being subjected to the lack of security in his data as Millions of other Twitter users are.

25. nonetheless the named alleged offending parties specifically had a special interest in the destruction of Mr Thomas's intellectual properties and in relation to each other, in ways and in which would have profited them and gained them favor, recognition and opportunities. again, this case is specifically about, Twitter, and Mr.Musk because of all of the said allegations.

applicable elements

and offences

---

1. Hacking (possibly a criminal offense depending on the jurisdiction)

2. GDPR Article 15, Breach of contract

3. GDPR Article 16

4. Discrimination, Unfair treatment

5. Data breach, Unauthorized access, Misconduct

6. GDPR Article 5

7. Violation of terms of service

8. GDPR Article 17

9. Unlawful termination, Negligence

10. Misuse of user data, Failure to protect user data, Insider trading

11. Data corruption, Data breach

12. Defamation, Loss of potential earnings and recognition

13. Trademark infringement, Data corruption

14. Refusal to provide data, Contempt of court

15. Data corruption, Data breach

16. Data manipulation

17. Unauthorized access, Data breach

18. IP theft

19. False association

20. IP theft, Defamation, Accusation of criminal activity

21. Harassment, Defamation

22. GDPR Article 5, GDPR Article 6, GDPR Article 7, GDPR Article 9, GDPR Article 12, GDPR Article 13, GDPR Article 14, GDPR Article 15, GDPR Article 17, GDPR Article 20, GDPR Article 21, GDPR Article 22, GDPR Article 30, GDPR Article 32, GDPR Article 35, Breach of contract, Computer fraud, Consumer fraud, Lanham Act, FTC Act, E-SIGN Act, CalOPPA, False statement, CLRA, Conversion, Breach of fiduciary duty, CFAA, Securities Act of 1933, Obstruction of justice, Tampering with evidence, Destruction of evidence, Spoilation of evidence, Misrepresentation, Misleading, Deceptive business practice, Misdirection, Neglect, Intentional emotional distress, False representation, Unfair business practice, Unjust enrichment

23. Damages, Injuries, Relief

24. Lack of data security, Discrimination

25. IP theft, Defamation, Discrimination, Data breach, Unauthorized access, Misconduct, False association, Unjust enrichment.

---

applicable offenses

reference

---

1. Hacking (potentially also unauthorized access or unauthorized use of a computer)

2. Failure to provide access to personal data (potentially breach of contract)

3. Failure to rectify inaccurate personal data (potentially breach of contract)

4. Unequal treatment of users (potentially unfair business practice or breach of contract)

5. Failure to adequately protect personal data (potentially breach of contract)

6. Violation of GDPR Article 5

7. Violation of terms of service

8. Failure to delete personal data (potentially breach of contract)

9. Intentional firing of employees pertinent to security of user data (potentially wrongful termination)

10. Misuse of user data (potentially violation of privacy or data protection laws)

11. Compromise and corruption of personal data (potentially breach of contract or violation of privacy or data protection laws)

12. Damage to historical record (potentially defamation or tortious interference with business relations)

13. Deletion of personal data and use of trademark (potentially breach of contract or violation of trademark law)

14. Failure to provide personal data (potentially breach of contract)

15. Incorrect organization of personal data (potentially breach of contract)

16. Alteration and deletion of personal data (potentially breach of contract)

17. Intrusion without permission (potentially unauthorized access or unauthorized use of a computer)

18. False credit and recognition of intellectual property (potentially infringement or misappropriation of intellectual property)

19. Association with and devaluation of intellectual property (potentially defamation or tortious interference with business relations)

20. Use and profit off intellectual property without consent (potentially infringement or misappropriation of intellectual property)

21. Business avoidance due to suspicions (potentially irrelevant to legal claims)

22. Multiple potential violations including unfair competition, data protection, computer fraud, and unfair business practices

23. Injuries, damages, and reliefs (potentially relevant to damages claims)

24. Lack of security in personal data (potentially breach of contract or violation of privacy or data protection laws)

25. Allegations against specific parties (potentially relevant to tortious interference with business relations or conspiracy)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Cace D. Thomas_

Fill in above the full name of each plaintiff or petitioner.

-against-

_Twitter Corporate Office_
_Twitter Headquarters_

Case No. 22 CV 05341

motion to stay

Fill in above the full name of each defendant or
respondent.

## DECLARATION

_Supporting documents to opposition_

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's
Motion for Summary Judgment."

I, _Cace Thomas_, declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court
order. You may also refer to and attach any relevant documents.

Rev. 6/30/16

ALLEGATIONS, ARGUEMENTS, FACTS, SUMMARIES, and CLAIMS

the plaintiff alleges that Twitter has several sign up web page designs that is deceptive, and manipulative in ways that

1)draws a user's attention away from noticing hidden notices

2)Depending on the serial number of a device, twitter page design hides the terms of service under and separated from the fill-in form section of the page where the user only agrees to the terms of creating an account after entering their information. exhibit a

3) depending on the serial number of the device, Twitter page design excludes visibility and or accessibility of Twitter's terms of service notification. exhibit B

4) depending on the serial number of a device, users are directed to a specific Twitter sign up web page design which did not contain visibility, and or accessibility to Twitter's terms of service.

5)what's presented by the defense is not the design of Twitter sign up page in which every device came to engage with as a user interface that hour, that month, or that year.

6) Twitter's sign up web page design was designed in a way to draw a user's attention only to the fill-in form portion of the page which excluded the terms of service notice and misled them into thinking that the rest of the page was simply decoration, where the terms of service notification was separated from and hidden.

7) within the filling , is a white background which makes the fill in form portion of the page the most noticeable, and it is where a user is to choose a username, include contact information such as email, and to complete a verification test in order to ultimately create an account. this is where a user's attention is drawn to and led to focus on.

8)there is nothing Within the fill in form portion of the page that pertains to the hidden terms of service notification outside of that form where the user attention has been drawn to, and led to focus on

9) nowhere within the fill in form does it suggest that there is a notification of the terms of service or that they even exist on the page or in general that would redirect a user's attention away from which it has been drawn to and led to focus on

10) on some of Twitter's sign up web page designs there are check boxes within the fill in form portion of the page where a user's attention has been drawn to, and led to focus on. these boxes are specifically for optimizing the users experience.

11) Twitter does not include a checkbox agreeing to Twitter's terms of services Within the fill in inform portion of the page where a user's attention has been drawn to, and led to focus on.

12) as a requirement to create an account, Twitter does not include a checkbox accompanied by the

terms of service link anywhere on the sign up web page design for the purpose of a user agreeing to the terms of service in which the defendants has presented in their motion to dismiss, which would have been evidence that the user had the opportunity to review the terms of service, acknowledge they existed, and consciously agreed to them.

13) Twitter could have included a checkbox for the terms of service agreement in their sign up web page design as they had included check boxes for other reasons, Twitter chose not to intentionally, instead in their design the terms of service notification is placed where it's hidden for most devices  14) Twitter did not retain an e-signature to agreeing to the terms of service 15) between the neglectful actions of Twitter making the platform accessible to hackers who could violate the user's data, the terms of service waving a user's rights and rendering Twitter not liable, and the manipulative and deceptive tactics used in the sign of a web page, the plaintiff alleges that Twitter acted with the intentions of causing harm. where it would have been in their favor that the evidence that was destroyed had been destroyed.

16) Twitter's default settings in their sign up web page design are intended to deceive, manipulate, mislead, misdirect, intimidate, mentally abuse/assault, and deprive users of their rights.

17) in some of Twitter's web designs for the sign up web page, there are notices in the fill in form portion of the page which states that upon creating an account a user agrees to the terms of service below, the terms and service that are placed below does not include any link to the actual terms of servicewhat's shown furthermore is that the terms of service in which the defense pertains to is on the right side of the page and not below. what the description of the notification imply is that the terms of service that's being described below would actually be the same contained in the PDF print out link of terms of service option to the right.

the plaintiff ask the court to consider whether or not a reasonable person, after seeing the terms of service below, if a user would feel or think it's necessary that they print out the few sentences that was presented to them below and present it to them as the terms of service in which they were agreeing to create an account.what's shown in this way back machine screenshot is that Twitter notified users that they were agreeing to the terms of service below, which completely omitted the terms of service that was presented to this court by the defendants in their motion to dismiss.what's further shown in the screenshots of Twitter's sign up web page design, is that the designs themselves were faulty, and flawed, and did not properly respond to the devices that captured the imagethe terms of service statement Lacks the legal requirement of displaying terms of service, and allowing every user using any device reasonable access, and visibility of them, resulting in denying the user the opportunity to agree, disagree, or fully understand the terms of service.in some of the sign up web page designs the terms of service notice was included in the actual button.the defendants claim that the screenshot they presented to the court was the screen which was presented to the plaintiff when he signed up to the Twitter platform. the defendants have absolutely no idea what appeared on the plaintiff screen in 2009. the defendants don't know what device the plaintiff used in creating his account. the defendants chose one of the hundreds of thousands of screenshots that were taken that day. the defendants have no idea what device captured the screenshot yet they have presented it to this court and claiming it to be from the plaintiff's device. the screenshots that were taken that day are not consistent with the screen

capture which was presented by the defendants. the defendants don't know what day the plaintiff created his account yet they had chosen the first day of november 2009. the defendants have absolutely no clue if the plaintiff had taken a screenshot that year, that month, or that day let alone to claim that the one that they had presented belong to the plaintiff. the way back machine site shows screen captures of several different designs which changes every day and is not the set design that every PC, desktop and mobile device would have seen for that day, or month. what's displayed is one of the designs that was seen that day using a PC that was receptive and responsive to viewing the entire web page. depending on the serial number, not necessarily the make or model of a device, the entire web page could be visibly seen, and accessed, however for majority of devices the terms of service notifi cation is hidden under the taskbar and or lacks accessibility as shown in exhibit what's for the alarming is that regardless of the make and model of a device, the Twitter platform and its pages were program to respond according to the serial numbers of certain devices which would ultimately mean that Twitter would have needed to know the serial numbers of those devices, where they were sold, and who they were sold to, or based on an allegorithm who responded to a specific set of characters contained in the serial numbers of the device that was being used. the defendants have stated that an account cannot be created without the agreement of the terms of service there is no checkbox requirement for users to show the agreement to the terms of service, there is no e-signature requirements, and even while the terms of service notice is still hidden from view, an account can still be created. the defendants seek judicial notice, under the implementations in which they have presented. the way back machine only shows that the screenshot in which they presented in their exhibits was only one of the hundreds of thousands of screenshots taken that that day by hundreds of thousands of people. the plaintiff claims that he didn't even know how to do screenshots until 2014. screenshot was taken by a device that a device the defendants cannot confirm. different devices were directed to different sign up web page design by Twitter the screenshot was taken by someone that the defendants cannot confirm because there are several different web page designs of Twitter signup page for that day and month, there is a lack of consistency to warrant judicial notice to imply that the screenshot in which they have presented would have been the same web page design presented to the plaintiff and in it's entirety. the fact that the screenshot shows, is that it was one of the many sign up web page different designs by Twitter that day which was presented to and captured by an unknown device according to its serial number. and because the screenshot was not taken by the plaintiff nor his device, this fact is irrelevant to this case and how the defendants is trying to use it.

is it pertenant to this case the screenshot presented by the defendants is unreliable, and should be inadmissible in addition to the fact that the screenshot appeared to have been taken from a PC or desktop. the plaintiff signed up to Twitter using his mobile device, not a PC or desktop. the screenshot presented by the defendants does not belong to the plaintiff. the plaintiff does not claim starting his account November 1st. the plaintiff claims that because of the way that Twitter's sign up web page was designed in addition to the plaintiffs device which further subjected the plaintiff to the lack of visibility, and accessibility due to the poor responsive interface and communications between Twitter's web page design, platform programming, and the plaintiff's device. proof of this is shown an exhibit the plaintiff allege that depending on the device serial number the web page for the Twitter sign up was designed to show incomplete information, Force continuity, and contain default settings as defined as page designs

that automatically force a continued fraudulent and or unlawful agreement which ultimately causes harm to the the plaintiff. and in comparison with other sign up web page designs by Twitter it further shows that the terms of service notice was removed from where it was most noticeable and specifically placed where where it would be hidden under the taskbar on most devices laptops, desktops, PCS, in a shaded area that appeared to be a decoration of the web page.the plaintiff move the court to give judicial notice that there are many different web page designs for Twitter sign up page in 2009 and depending on the device and depending on the device and written language used to program the platform the terms of service notice may not have been visible and or accessible to the user.what is apparent is that the screenshot which is presented by the defendants was magnified a thousand times larger to make the terms of service appear to be more visible if it is in fact from a mobile device. and in further regard to the screenshot the defendants selected out of hundreds of thousands of screenshots showing one of at least 20 different sign up web page design by Twitter is that the screenshot captured is inconsistent with every device and user. the defendants failed to show how different devices actually display the page whether they're PC and or mobile to even warrant judicial notice and should not be accredited to the plaintiff or any of his devices but should be disregarded and inadmissible. the defense State no plausible claim by implying that someone else's PC screenshot is in fact what was displayed on the plaintiff's device at the time the plaintiff signed up to Twitter.for a contract to be valid there must be an offer an acceptance, and mutual assent. the plaintiff alleged that there was no offer or acceptance Beyond creating an account excluding the terms of service as it was not available, accessible, nor did he have the opportunity to know of its existence. the plaintiff cannot be held to a contract that he doesn't even know exist because of how Twitter designed their web page and how Twitter programmed their entire platform. in addition Mr Thomas reserves his rights in all contracts whether physically or digitally under UCC 1-308 without prejudice and reservation of All rights and waiver of none under the performance of a contract. legal notice I have been given concerning Mr Thomas reservation of all his rights before the Uniform Commercial Code 1-308 was created where it was UCC 1-207 prior to that. and Mr Thomas has done so since 2002 so by no means would miss the Thomas wave his rights. before this case and before any conflicts or confrontations with anyone regarding Mr Thomas Twitter account and intellectual properties Mr Thomas has proof specifically by this court showing that since 2018 Mr Thomas has always reserved his rights. and for further proof Mr Thomas posted a picture of his passport signature on Twitter giving further public notice that without prejudice, he reserved his rights and waiver of none under the performance of a contract. the terms and conditions presented in Twitter's sign up page was that once you filled in the form the terms in which would be accepted is to create an account. unenforceable contracts are where the terms and conditions are illegal, lack of mutual ascent, and unconscionable. Twitter has services that are freely offered, can be viewed by the public without creating an account, or waving any rights. Twitter does not enforce their policy fairly and transparently Twitter fails to protect users data according an applicable to the law. Twitter fails to ensure the safety and security of the platform and users data. Twitter has violated customer protection laws and or public policy. today is required to provide care with reasonable levels of skill and care. hackers have compromised the Integrity of the platform yet Twitter constantly fires those who Aid in and or contribute to maintenance, repair, and safety after it was deleted. the state of the text file given to the plaintiff for the show that it was handled, and processed in ways that were unauthorized and because it is a text file it further shows how accessible it is having absolutely no security measures protecting the data that was

adequate and prevented hacking, misuse, abuse, corruption, damage, deletions, alterations, replacements. Twitter processed the plaintiff's personal data and a manner that cause unwarranted damage, or distress to the data and the plaintiff.article 7in the sign up web page of Twitter, Twitter failed to provide clear and concise information about the processing of the plaintiff's personal data which light adequate visibility, and accessibility. furthermore Twitter failed to obtain explicit consent for processing the plaintiff's personal data upon sign up, Twitter failed to provide a consent mechanism that is unambiguous and not confusing. and in the format in which the plaintiff data has been compromised Twitter processed the plaintiffs personal data in ways that were malicious, and not compatible with the original form of which the data was collected. and because of this to the further failed to provide a the plaintiff with his entire data archive.article 9the plaintiff has requested his data since January 14th 2022 and he still haven't received his entire Twitter data archive. prior to 2023 the plaintiff was always given his data archive and which he thought was in its entirety because he was not told deleted tweets were no longer included in the data archive, the plaintiff was always given all of his files and Json form, which included an HTML file. where what he thought at the time was his entire archive having the ability to be seen in addition to all of its elements such as photos, media, friends list, messages, likes, all interactions, searches, bookmarks, list, and all photos which could be viewed online, and offline. as Twitter is well aware of all of its issues Twitter has still not allowed Mr Thomas to delete the offending tweets that was accredited to his account by no intended means of his own. tutor failed to provide the plaintiff with the right to object to processing his personal data to where it would be converted into a text file where anyone could add to, make changes, and deletions from the historical official record in which was known he sought such processing was done for the compromising his data. Twitter failed to provide the plaintiff with the right to data portability. Twitter failed to respond to the plaintiff's request within the required time frame as it has gone over a year and Twitter still has not given Mr Thomas his data archive to further prove that Mr Thomas has been shadowbanned Mr Thomas screen recorded the entire process of him requesting his Twitter data Twitter still has not responded to that request. the recording of that Broadcasting has been posted on tick tock for the past 5 months.Twitter has not allowed the plaintiff to erase specific offending tweets which does not break Twitter rules, and which the plaintiff claims was not done by him and or was not done by him intentionally and could only be done through the hacking and access of his device through the Twitter platform. the damage is extensive because the plaintiff did not know what to think because he knew it wasn't him but the story in itself seemed so unbelievable but because of the FTC broadcast of The Whistleblower prove that they were aware that hackers were the employees or non employees had the ability to access users devices through the Twitter platform.during the presidential election where Biden was elected president opposing Trump Mr Thomas was heavily active in support of the Democratic Party Mr Musk has shown explicit discrimination towards those who support Biden, and the Democratic Party and even more those who are against Donald Trump. Mr Thomas was very expressive against Mr Trump in regards to his actions and treatment of the children he placed in sells and cages. some of the children are still missing, and many of them were raped by the private security guards that was hired to hold a post guarding them. the security guards were not charged one in particular raped a a 4-year-old. before his presidency Mr Trump was already facing rape charges of a 12-year-old girl , reports have been made where his defense and admittance in his actions was that the 12-year-old girl gave him permission . during his entire campaign and presidency Mr Trump had made many inappropriate . many of the children who were displaced after crossing the border ,

were placed in childlike juvenile jumpsuits.. in addition to all other allegations Mr Thomas alleged another motive being Mr Musk being discriminatory against Mr Thomas for engaging in protected political Acts and against the politicians whom he gives his support. many actions by Mr Musk as the CEO of Twitter has been to show favor to all those whom show favor and support to his political party and or Mr Trump. and seeing Mr Thomas become so successful from his inventions which would prove to exceed Beyond the wealth of Mr Musk added more reason for Mr Musk to destroy Mr Thomas intellectual properties and these claims are in sync with all other claims made by the plaintiff as Mr Carter has also made deals with Mr Trump in order to have a Woman by the name of Miss Perez released from prison.

waving of Rights not a requirement the implementation according to what was agreed during the telephone conference shows deception as it was outside of what was discussed in the conversation but used as a way to make the plaintiff feel obligated to uphold his end of what was agreed. harm is done by denying Twitter users rights and due process by claiming users waive their rights by default using deceptive tactics, and these adverse actions cause emotional distress, loss of intellectual properties, invasion of privacy, deletion of historical records, tampering with evidence, obstruction of justice, and all of those listed in this allegation including discrediting the integrity of users and causing reputable harm in courts in which ultimately may result in decisions in Twitter's favor as well as others, because the lack of the evidence due to the destruction of them can lead to the plaintiff being seen as frivolous due to that discrediting of integrity and causing specifically that reputable harm and said scenario and as the plaintiff have suffered. within the evidence shows the floors of the design of the web page which was screen captured by the way back machine. these are different designs, different , same days different devices and during the same year. and again the plaintiff excited to be reminded that the designs that show to display properly still may not have probably been displayed on the device, depending on which device it was. after recent Twitter crashes Mr must stated himself that the problem was in the coding and the language. the live evidence which is still available showing on YouTube at this moment for the Show Twitter web page designs are mentally abusive, misleading, misdirecting, and misrepresenting and could possibly lead to denying a user due process in a court of law. what the way back site also shows is that the quality of the site was defective and inconsistent. Twitter sign up page like sufficient responsiveness for all devices as can be seen throughout the physical evidence which includes screens from the way back website. Twitter cannot assert the claim that they obtained a conscious made acceptance of the terms of service by any user during sign up which lacked sufficient visibility and lacked sufficient notification where it lacked sufficient accessibility. the defendants mislead the court into thinking that an account can't be created without the agreement of the terms of service. there is absolutely no checkbox required showing that the acceptance of the terms of service was accepted before accounts are created and as has been proven accounts can be created without users ever having noticed or known, or made aware of any notice of terms of service. the display on the screen captured and exhibit a and exhibit blank which is included in the defendants motion admits that the create your account button is falsely advertised, but not being fully descriptive and including the fine print statement of the terms of service where it had once been placed. the web page design has been changed so that the notice be placed outside of the form and buried underneath the taskbar on most PCS and desktops. it shows incomplete information, Force continuity, and default settings that show the page design

automatically force a continued fraudulent and unlawful agreement that would waive a user's rights and put his intellectual properties at risk, and further exploit them. in comparison to Prior web page design it shows that Twitter intentionally did not include the disclaimer within the fill inform and giving sufficient notice and instead placed the disclaimer outside of the form where it would less likely be noticed. the exhibit shows no evidence that in 2009 the platform was coded / computer programmed and such a way that an account could not be created unless the terms of service were agreed first for there isn't even an acceptance of terms of service agreement button on both computer and mobile devices for 2009. the disclosure was hidden, the web page design is inconsistent, and the web page design was also deceptive. the defendants attorney have no evidence of the sign up screen using a mobile device, nor can they do so because the defendant had no idea how or when or what device the plaintiff used at sign up before his recent filings. the screen capture is unreliable, and should be inadmissible as to how the defendants is implying Let It Be used.

Elon Musk allegely infringed on my common law copyright, Elon Musk bought Twitter and is now using several of my patent pending protocols that I have created for my own social network after after being suspended from Twitter.Twitter would not restore my account after my claims of being hacked, Twitter would not allow me to make any corrections or erase any of the tweets that were said to have been accredited to my account after informing Twitter that I did not make those tweets, and if they came from my device it was not done intentionally, but by the actions of hackersTwitter gave me corrupted files in place of my data archive before before my account was suspended.Twitter gave me corrupted files in place of my data archive after my account was suspended.Twitter has not responded to any of my requests for my data archives after my Twitter account was suspended, and before this case was filed before this court or after.Twitter Representatives have tried to get me to sign consents that for the violated the my rights.Twitter is now claiming that they provided me with my entire data archive and did not.Twitter is claiming that they are not liable for my data archive because I waved my rights by signing up to the platform and according to their terms of service. Since the plaintiff's suspension he has invented his own private social networking Club and platform which integrates all of his inventions and intellectual properties. The plaintiff has stated and his prior art which is posted on Facebook shortly after his Twitter suspension described different details in regards to the plaintiffs ecosystem, methodologies, business practice, economic systems, Etc Mr Musk has taken some of the plaintiffs new intellectual properties and integrated them into Twitter. Mr Thomas stated that he would be requiring that all users be registered in person, so that there would be no regards to Bots, Mr Thomas also stated for his platform that there would be subscriptions, something that no other social network was doing, Mr Thomas also stated that there would be donations for users content, as well as allowing users to premiere their media for ticket prices, and or donations, or where portions of the ticket prices would go to charitable proceeds, Mr Thomas also integrated AI technology into his platform as well as the capability of using the platform in different realities as well as in hologram projections and or 3D in physical reality. The AI technology also assist those who are visually, hearing, and vocally impaired as the system integrates earbuds which are also brain wave/ nervous system micro gesture computer interfaces which allows someone to experience and navigate through The Social Network and different realities by simply using their thoughts and other wearables which contains vibrating nodes which allows them to further communicate with others as well as through the AI system which translates their thoughts into

Communications that could be understood by others using voice, text, vibration, and Light. Also another one of Mr Thomas invention for this platform is the use of a keyboard that accepts inputs from the user, and expresses outputs from the platform and AI system to the user which synchronize with the users wearables including the earbuds. The plaintiff has created a system where all those who contribute form of input into his platform would be compensated with his invention of a hybrid currency which is the most stable currency on the planet, and the inputs in which a user contributed to the platform would be done so voluntarily however the user would be donated , loaned , and gifted a fraction of a portion of the total value of the hybrid currency according to a flat rate estimated value from the book of estimations which is also a creation an invention of the plaintiff. Included in the plaintiffs platform permits gamers to invite each other to play games that they own, without the need of their guests having a console, the users could also play borrowed games, read borrow books , watch borrowed Medias , listen to Borrowed audios and music that has been donated to the library, preservatory, Repository of the platform which is accessible through a Data Bank portal. Users could use controllers that were either built into the platform or they could use their own device once the device was synced to the platform by scanning the code of the user who invited them, or by scanning the code of the users whom they wanted to invite. The controllers in which contain the scanning recognition, features, and capabilities is also an invention of the plaintiff. In physical reality users are limited to a split screen, however all games could be used also in vr, xr, ar, digital, holographic/ hologramic reality where there would not be a screen limitation and the players would be fully immersed in the environment. In order to make sure all users and players operate the platform safely in alternate realities Mr Thomas has also invented the protocols and inflatable and padded enclosures where users could enjoy the platform safely. Also for the Mr Thomas invention of this platform he included day trading, and option Trading features and has expressed his intention of partnering with several trading entities which includes webull, tasty trade, option strat, Robin hood, as well as others. Inclusion is an extension to Mr Thomas invention of his Halo node invention which he has described previously. Mr Thomas implication of mining currencies on his platform was specifically for children to answer State and Regional test questions and promote them to learn from devices which were specifically registered to them and where the mining feature was only accessible to them by using their biometrics so adults could not take advantage of answering the questions for them in order to be compensated with the hybrid currency. This implementation was to help parents who could not afford some of the basic necessities that children needed to help them in their education in addition to motivating them into wanting to learn and wanting to know math science Global Studies chemistry Etc. And even this feature was limited to them because the platform was not meant to occupy all of their time and attention away from having an addiction to being on social media there was a break time specified for them nonetheless the platform was intended to help those who were socially deprived regardless what age they were. The subscriptions Were Meant to maintain operations and provide an efficient service. Compensating users for using the platforms helped those who could not afford it but needed it and based on their in-person registration and interviews which also consists of background checks, they qualified and was welcomed as a user known as halos. Hence the private social network Club. 20% of all profits and gains from subscriptions we're going to aiding, preventing, finding, those who had been kidnapped and endangered from terroristic human sex trafficking and their families who were exhausting all of their resources to those causes. And protecting all Halos and augmented reality Mr Thomas created an entire system and

protocols to ensure the safety of all with his security system called the Gargoyles, his invention of the parental notification and permission protocols, as well as his invention of his Buddha code and the Halo ride. Both on which have been explained previously in the plaintiffs moving papers. It was only after Mr Thomas disclosure of his inventions where others and in particularly in this case Mr Elon has violated Mr Thomas trademarks, had access to an ability to alter, and delete Mr Thomas intellectual properties, had a responsibility to protect Mr Thomas data and did not do so, has used Mr Thomas intellectual properties for his own social network platform, has caused damage to the introduction of Mr Thomas intellectual properties, which are the same intellectual properties that have been altered, and or deleted, and is the same intellectual properties that shows corruption, and Twitter intentionally making false claims to this court stating that they had provided the plaintiff with all of his data well being deceptive stating that the archive only comes and text form. The defendants Twitter is well aware that not only is the file corrupt but if they were to abide by their terms of service and providing an HTML file the HTML file would not work because the file is corrupt and that is the reason the false claims have been made to this court otherwise there is no reason to commit perjury stating that the text file is the only the the data archive can be given. The text form is not a data archive at all because it does not come with all of the components of a data archive to be even be referred to such. The proof that the data archive includes an HTML file is shown directly from Twitter's platform. Other HTML files does not work because the HTML file has to be specified to the data in which it is being associated with at that time. Throughout this case Twitter has been deceitful stating that the listed defendants are not associated with them, they have been deceptive in the consent they claimed was necessary in order for the plaintiff to get his data, and this can be proven in the omission of what was removed from the consent form by the plaintiff showing what he agreed to in regards to his consent, also the plaintiff proves that Twitter had already had the necessary information and documentation in which Twitter was given reason for not providing the data previously. Twitter who had already had the necessary documents were trying to be deceptive in adding other parts of the disclosure which fit their malicious intent to further violate the plaintiff by implying that he had to waive his rights to obtain his property as required by the disclosure which would have permitted others to violate the plaintiffs intellectual properties without holding Twitter liable. Twitter already having the necessary information emailed Mr Thomas the text files absent all of the components they claim to have provided. Twitter sent Mr Thomas the text files absent of the HTML file as required according to the terms of service and policy of Twitter. Twitter is owned by Elon Musk who recently claimed to have rebranded Twitter into another one of his companies and that company is a subsidiary of another one of his companies. According to other plaintiffs in other cases it is necessary that they refile their case because of the name change. Reports state that Mr musk has moved Twitter from Delaware to Nevada. According to the filing in Nevada, Twitter Inc is registered in Nevada, under the jurisdiction of Delaware, and is not attached to any merger or other company as of the court date it was said to have been in the case regarding Laura Lansing. All of Mr Thomas intellectual properties whether they be copyright and or patents, they have always come before those who violate and claim them as their own illegally and the proof of this is in Mr Thomas postings, where they cannot be found is a matter of spoilage of evidence, tampering of evidence, obstruction of justice, Etc. Mr Thomas further claims civil Rico between Mr Elon musk, Twitter, X Corp, X holding, and Tesla whom should be named as doe in the amended complaint if it is necessary as it has been admitted by the defense who claim to be an affiliated with Twitter corporate office, and Twitter headquarters, they

understood who the plaintiff meant as regard to being defendants. Furthermore the plaintiff states that because they to the Inc new that they were meant to be the defendants in this case and have no connection to the defendants in which they claim not to have connection to, they have not timely responded to service, furthermore because of the business dealings in which Mr Musk has made to cause changes in Twitter's identity Mr Thomas should not be subjected to refiling. The defendants has already recognized that it isn't necessary for them to specifically be named as a defendant. Even after Mr Thomas had been suspended from Twitter Mr must continues to implement his claims over the plaintiffs intellectual properties. The plaintiff himself has contracts and licenses between his intellectual properties and his business Zay Halo LLC. Because of Mr Thomas intellectual properties trademarks copyrights have been distributed, and available locally, nationally, internationally and globally, Mr Thomas rights are intact legally applicable, and because Twitter being a local, national, international and global internet computer service provider, it further makes those jurisdictions available to Mr Thomas in this court. Because Mr Thomas his intellectual properties on Twitter describing his trademarks, his logos, his music, his inventions, is intellectual properties is copyrights, which were in Commerce, Mr Thomas intellectual property rights meet the qualifications as required by federal, state, and city law. Mr Thomas alleged that one of the motives for destroying Mr Thomas intellectual properties is because of his philanthropy in regards to defeating and reducing terroristic human sex trafficking, as well as only approving of affiliating with and the licensing his intellectual properties to those who were trustworthy, an uphold a specific quality of service and integrity. Because Mr Thomas had already violated by , questioned, and witnessed the expressions, actions, and affiliations of the all of whom he had allegations against the option of using his intellectual properties legally was not available to them. Furthermore their motive extended to making new technology available to those who supported, engaged in, contribute to, terroristic human sex trafficking. This was a parent when musical works of Mr Thomas were private and were not published publicly anywhere online yet they ended up on the albums and musical works of the Those whom the plaintiff alleged cyber hacked his devices, and those individuals are the business partners, friends, and Associates of Mr Elon Musk, and Twitter where they could have easily gotten access to the plaintiffs the device through the Twitter platform as testified by the FTC and former head of security and whistleblower of Twitter. By taking the plaintiffs intellectual property and claiming them as their own was a way to give them permissions to intellectual properties in which they could allow entities whom the plaintiff would not have approved, or allowed, to use his intellectual properties, intellectual properties they had no legal permissions or right to use themselves and by no other means would they be legally allowed to do so. This for the took away from Mr Thomas being recognized for his intellectual properties and the greatness behind them which would have awarded him honors, accolades, awards, opportunities, success, status, influence, and not someone who's looked down upon because judges can't see him as being equal to the defendants and simply question his integrity because of his class in status. The plaintiff allege that if he was Warren Buffett making these claims he wouldn't have ever been seen as someone who is unbelievable or that his claims Are Holy incredible. Especially when when there's no proof or investigation made showing that the allegations were false, and especially when single one of the defendants has been proven to violate several works of intellectual properties of individuals who were famous and who weren't. And even more so when those defendants finally do get to defend themselves , they don't deny anyone of the plaintiff's claims , further proving deprivation of due process for both defendant and plaintiff in that

case. The plaintiff includes that their motive is so that Mr Thomas could not pursue legal battles and obtain of the materials pertinent to those legal battles. Instead of associating Mr Thomas to his intellectual properties, these implementations and intellectual properties would then be Associated to those who have claim them illegally. These defendants do not want to see Mr Thomas succeed where they have not for over 20 years and it is only after Mr Thomas inventions have they eluded to any similarity. As far as Mr Zuckerberg it's like he has absolutely no shame in just taking other people's intellectual properties the problem is that it's usually a slap on the wrist because they can afford other settlements, or whatever the damages are, if they can't have the case dismissed and that's the risk they take. But where they can destroy the evidence to continue to claim what isn't theirs or subject people to Injustice, unfairness, and a violation of Rights without being held accountable they will do just that. The damages extend to being associated with those whom the plaintiff fill is unworthy and the reputable harm includes him being associated to Those whom ethics a question in regards to his philanthropy, and Those whom he have already stated since January 2021 that he had wanted absolutely nothing to do with them and did not want to do any business where they would gain any profit both of his intellectual property, and this was specifically stated about Mr Carter, and Mr Williams. And in regards to Mrs Wilson and that previous case Mr Thomas had also expressed to her all of the research in which he had done to find a girl that was kidnapped and sex trafficked for 10 years yet Ms Wilson did business with the defendants what was shown to the plaintiff and those actions is that all those who had cyber hacked his devices was made aware of the content involving the research that was done and finding missing women and children and get those individuals in total disregard and respect to the works that was also found in those devices along with the music of Mr Thomas it was further confirmation of how these individuals felt about Mr Thomas philanthropy against terroristic human sex trafficking and even more confirmed when told directly and Mr Thomas music was still taken with total disregard and respect to the goal of helping others upon his success of his intellectual properties for himself and not those whom could not be trusted, and whom ethics were questionable. Had it not been for so many different intellectual properties presented by Mr Zuckerberg in his introduction of what he calls the metaverse Mr Thomas would have thought it coincidental because there was nothing that the plaintiff thought at the time that he had done that would gain the attention of Mr Zuckerberg for Mr Zuckerberg to even know all that consists of Mr Thomas intellectual properties that was not only posted on Twitter but filed with the the USPTO 10 months prior. Had it not been Mr Musk using the name pie, and the pie symbol an association to his mobile device the plaintiff would have thought it was coincidental, after discovering all of the intellectual properties that were taken from so many people by Mr Carter Mr Carter and because of the recent events of that time, Mr Thomas knew that anything taken by Mr Carter was not coincidental and that Mr Carter would use whatever leverage he had to make sure he would do everything he possibly could to hurt Mr Thomas emotionally, socially, financially, and mentally specifically because Mr Thomas stated that he wanted nothing to do with Mr Carter and especially not to allow him to profit off of Mr Thomas in any way, so it was apparent that Mr Carter's actions was to show that not only could he do it but he could get away with it and there would be nothing left for Mr Thomas to do but be victimized. Many of the protocols and standards in which Mr Thomas had created were formulated specifically to defeat those who were laundering money from sex trafficking and recognize those who were. So that they would not be held accountable for the confessions they made in their lyrics they pushed for a bill that went through California that prevented rappers for being held accountable for the lyrics as the lyrics

was to be regarded as an artistic expression. Even under Mr Carter's label he has rappers who rap about the crimes they actually committed, including murder. Knowing these truths Mr Carter pushed for this bill as well as Mr Williams after Mr Thomas stated how Mr Carter spoke about how he felt about his mother in one verse of a song and then the next verse talked about how he laundered money. In this demonstration showed Mr Carter's intentions was specifically for any of his lyrics that would have been seen as a confession, what the bill applies is that whenever rappers talk about something that isn't illegal it's true but only when they spoke about things that were illegal those were the artistic expressions. As soon as the California bill was passed there was a live Zoom call between Mr Williams and other rappers who had confessed to criminal Acts. The bill suggests that one could harm another and confess. about it in the form of a song and that admission could not be used against them. Mr Thomas brought this to the attention of his state representatives and after his persistence the bill did not pass in New York. To date there are thousands of rappers who have been murdered , in prison and or harmed because of their rap lyrics because it was based on factual events. The plaintiff would like to recognize to the court that some people in power would sacrifice their oath, as well as their integrity and justice for likes and popularity whether it be for a seat at a table or political office. There are rappers who are known to violate the lives of others and taunt them and their families and loved ones in their music and this is a matter not of personality, but an admissible matter of bad Acts. After being accused of cyber fraud Mr Carter sold his company title to Mr Jack Dorsey, Mr Carter now sits on the board of Mr dorsey's company, Mr Dorsey is the former CEO of Twitter and had written the code, and designed the platform of Twitter. Mr Dorsey also recently confessed to altering the algorithm to where certain accounts would be blackballed. Mr Dorsey affected a user as as an employee of Twitter and accessed that uses account to where that user would be deprived services and be affected negatively. Mr Dorsey had other joint ventures directly and specifically would Mr Williams and Mr Carter. Before Mr Musk buying Twitter, Twitter wanted to buy another application and platform by the name of Clubhouse for 4 billion dollars. Clubhouse turned the offer down and Twitter took the platform anyway and now calls it Twitter spaces. Mr Carter who had been known to shy away from other social media platforms was an avid user on Twitter spaces. Mr Dorsey encouraged Mr Musk his friend to buy Twitter, and when Mr must bought Twitter it was then the agreement that Mr Dorsey would connect a detachment from Twitter to his new platform called Blue Sky. Ever since Mr must has taken over Twitter Mr Zuckerberg has mimicked his business strategies. Mr Zuckerberg continues to violate Mr Thomas intellectual properties even though there is physical evidence posted directly on the metal platform. Mr Zuckerberg Prides himself as a hacker. And the most recent case Discord has included Mr Thomas intellectual properties as their most recent features. Mr Thomas has proof of his patent applications showing the description in which all the entity Discord has recently taken and claimed as their own. Mr Thomas had sent Discord a cease and desist letter yet Discord continues to use the feature. Mr Thomas has created a browser in which trusted codes could be retained from entering the description of what was meeting to had been accomplished code wise. Mr Thomas has proof of these posts however a specific post and reference to typing in the description mysteriously disappeared, nonetheless there's enough evidence showing these facts that have been retained. Again Mr Thomas doesn't know Mr Zuckerberg personally, Mr Elon Musk personally, Mr Dorsey personally however Mr Thomas does know Mr Carter personally and it is through Mr Carter is how Mr Thomas was introduced to them and the violations on Mr Thomas intellectual properties and the prophets made off of them are given to Mr Carter through the means of a holding company, or other

disguise so that Mr Carter too can profit off of the intellectual properties that was taken from Mr Thomas to spite the fact of Mr Thomas earlier assertions. The intellectual properties in which was taken from Mr Thomas includes the following..

CLAIMS

a. GDPR Article 5:

Legal standard: Under the GDPR Article 5, personal data shall be processed lawfully, fairly and in a transparent manner in relation to the data subject.

b. GDPR Article 6:

Legal standard: Under the GDPR Article 6, personal data shall be processed lawfully, fairly, and in a transparent manner in relation to the data subject. The data controller shall have a lawful basis for processing personal data.

c. GDPR Article 7:

Legal standard: Under the GDPR Article 7, the data subject shall have the right to withdraw his or her consent at any time, and the withdrawal of consent shall not affect the lawfulness of processing based on consent before its withdrawal.

d. GDPR Article 9:

Legal standard: Under the GDPR Article 9, the processing of special categories of personal data shall be prohibited unless certain conditions apply, such as explicit consent or necessary for specific purposes.

e. GDPR Article 12:

Legal standard: Under the GDPR Article 12, the data controller shall provide the data subject with certain information, including the identity of the controller, the purposes and legal basis of processing, the recipients of the data, and the rights of the data subject.

f. GDPR Article 13:

Legal standard: Under the GDPR Article 13, the data controller shall provide the data subject with certain information, including the identity of the controller, the purposes and legal basis of processing, the recipients of the data, and the rights of the data subject, before or at the time of collecting personal data.

g. GDPR Article 14:

Legal standard: Under the GDPR Article 14, the data controller shall provide the data subject with certain information, including the identity of the controller, the purposes and legal basis of processing, the recipients of the data, and the rights of the data subject, if the personal data were not obtained from the data subject.

h. GDPR Article 15:

Legal standard: Under the GDPR Article 15, the data subject shall have the right to access his or her personal data and to obtain certain information, including the purposes and legal basis of processing, the recipients of the data, and the right to rectify or erase the data.

i. GDPR Article 17:

Legal standard: Under the GDPR Article 17, the data subject shall have the right to request erasure of his or her personal data under certain conditions, including if the data are no longer necessary for the purposes for which they were collected.

j. GDPR Article 20:

Legal standard: Under the GDPR Article 20, the data subject shall have the right to receive his or her personal data in a structured, commonly used and machine-readable format, and to transmit those data to another controller.

k. GDPR Article 21:

Legal standard: Under the GDPR Article 21, the data subject shall have the right to object to processing of his or her personal data under certain conditions, including if the processing is based on legitimate interests.

l. GDPR Article 22:

Legal standard: Under the GDPR Article 22, the data subject shall have the right not to be subject to a decision based solely on automated processing, including profiling, which produces legal effects or significantly affects him or her.

m. GDPR Article 30:

Legal standard: Under the GDPR Article 30, the data controller shall maintain a record of processing activities, including certain information, such as the purposes of the processing and the categories of data subjects and personal data.

n. GDPR Article 32:

Legal standard: Under the GDPR Article 32, the data controller shall implement appropriate technical and organizational measures to ensure a level of security appropriate to the risk of the processing of personal data.

o. GDPR Article 35:

Legal standard: Under the GDPR Article 35, the data controller shall carry out a data protection impact assessment (DPIA) when processing is likely to result in a high risk to the rights and freedoms of natural persons.

p. Breach of contract:

Legal basis: Contract law

Legal standard: To state a claim for breach of contract, the plaintiff had demonstrated the existence of a valid contract, the plaintiff's performance or excuse for non-performance, the defendant's breach of the contract, and resulting damages.

q. Computer fraud:

Legal basis: Computer Fraud and Abuse Act (CFAA)

Legal standard: To state a claim for computer fraud under the CFAA, the plaintiff had demonstrated that the defendant intentionally accessed a computer without authorization or exceeded authorized access, and as a result, caused damage or loss.

r. Consumer fraud:

Legal basis: Various state and federal consumer protection laws

Legal standard: To state a claim for consumer fraud, the plaintiff had demonstrated that the defendant made a false or misleading statement or engaged in deceptive conduct in connection with the sale or advertisement of goods or services, and the plaintiff suffered harm as a result.

s. Lanham Act:

Legal basis: Lanham Act

Legal standard: To state a claim for Lanham Act violations, the plaintiff had demonstrated that the defendant used a false or misleading statement or engaged in deceptive conduct in connection with the advertising or sale of goods or services, and the plaintiff suffered harm as a result.

t. FTC Act:

Legal basis: Federal Trade Commission Act

Legal standard: To state a claim under the FTC Act, the plaintiff had demonstrated that the defendant engaged in an unfair or deceptive business practice or made a false or misleading statement in connection with the sale or advertisement of goods or services, and the plaintiff suffered harm as a result.

u. E-SIGN Act:

Legal basis: Electronic Signatures in Global and National Commerce Act (E-SIGN Act)

Legal standard: To state a claim under the E-SIGN Act, the plaintiff had demostrated that the defendant failed to obtain proper consent or used an electronic signature in a manner that was not authorized, and the plaintiff suffered harm as a result.

v. CalOPPA:

Legal basis: California Online Privacy Protection Act (CalOPPA)

Legal standard: To state a claim under CalOPPA, the plaintiff had demonstrated that the defendant failed to post a privacy policy or posted a false or misleading privacy policy, and the plaintiff suffered harm as a result.

w. False statement:

Legal basis: Various state and federal laws

Legal standard: To state a claim for false statement, the plaintiff had demonstrated that the defendant made a false or misleading statement with the intent to deceive, and the plaintiff suffered harm as a result.

x. CLRA:

Legal basis: California Consumer Legal Remedies Act (CLRA)

Legal standard: To state a claim under the CLRA, the plaintiff had demostrated that the defendant engaged in an unfair or deceptive business practice or made a false or misleading statement in connection with the sale or advertisement of goods or services, and the plaintiff suffered harm as a result.

y. Conversion:

Legal basis: Tort law

Legal standard: To state a claim for conversion, the plaintiff had demostrated that the defendant intentionally interfered with the plaintiff's property rights, without permission or legal justification, and the plaintiff suffered harm as a result.

z. Breach of fiduciary duty:

Legal basis: Fiduciary law

Legal standard: To state a claim for breach of fiduciary duty, the plaintiff had demonstrated that the defendant owed a duty of loyalty or trust to the plaintiff, the defendant breached that duty by acting in his or her own interest, and the plaintiff suffered harm as a result.

A. CFAA:

Legal basis: Computer Fraud and Abuse Act (CFAA)

Legal standard: To state a claim for computer fraud under the CFAA, the plaintiff had demostrated that the defendant intentionally accessed a computer without authorization or exceeded authorized access, and as a result, caused damage or loss.

B. Securities Act of 1933:

Legal basis: Securities Act of 1933

Legal standard: To state a claim under the Securities Act of 1933, the plaintiff had demostrated that the defendant made a false or misleading statement in connection with the sale of securities, and the plaintiff suffered harm as a result.

C. Obstruction of justice:

Legal basis: Criminal law

Legal standard: To state a claim for obstruction of justice, the plaintiff had demostrated that the defendant acted with the intent to obstruct, delay, or impede a judicial proceeding or investigation.

D. Tampering with evidence:

Legal basis: Criminal law

Legal standard: To state a claim for tampering with evidence, the plaintiff had demostrated that the defendant altered, destroyed, or concealed evidence with the intent to interfere with an investigation or proceeding.

E. Destruction of evidence:

Legal basis: Civil procedure and evidentiary rules

Legal standard: To state a claim for destruction of evidence, the plaintiff had demostrated that the defendant had a duty to preserve evidence that was relevant to the litigation, and the defendant intentionally or negligently destroyed or altered that evidence, causing harm to the plaintiff's case.

F. Spoliation of evidence:

Legal basis: Civil procedure and evidentiary rules

Legal standard: To state a claim for spoliation of evidence, the plaintiff had demostrated that the defendant had a duty to preserve evidence that was relevant to the litigation, and the defendant intentionally or negligently destroyed or altered that evidence, causing harm to the plaintiff's case.

G. Misrepresentation:

Legal basis: Tort law

Legal standard: To state a claim for misrepresentation, the plaintiff had demonstrated that the defendant made a false statement of fact, with knowledge or reckless disregard of its falsity, and the plaintiff relied on that statement to his or her detriment.

H. Misleading:

Legal basis: Various state and federal consumer protection laws

Legal standard: To state a claim for misleading advertising, the plaintiff had demonstrated that the defendant made a statement or engaged in conduct that was likely to deceive or mislead a reasonable consumer, and the plaintiff suffered harm as a result.

I. Deceptive business practice:

Legal basis: Various state and federal consumer protection laws

Legal standard: To state a claim for deceptive business practices, the plaintiff had demonstrated that the defendant engaged in conduct that was likely to deceive or mislead a reasonable consumer, and the plaintiff suffered harm as a result.

J. Misdirection:

Legal basis: Tort law

Legal standard: To state a claim for misdirection, the plaintiff had demonstrated that the defendant intentionally directed the plaintiff to act in a way that caused harm or injury, and the defendant had a duty to act in the plaintiff's best interest.

K. Neglect:

Legal basis: Tort law

Legal standard: To state a claim for neglect, the plaintiff had demonstrated that the defendant had a duty to act with reasonable care, the defendant breached that duty by failing to act as a reasonable person would under the circumstances, and the plaintiff suffered harm as a result.

L. Intentional emotional distress:

Legal basis: Tort law

Legal standard: To state a claim for intentional infliction of emotional distress, the plaintiff had demonstrated that the defendant engaged in extreme and outrageous conduct, with the intent to cause severe emotional distress, and the plaintiff suffered harm as a result.

M. False representation:

Legal basis: Various state and federal laws

Legal standard: To state a claim for false representation, the plaintiff had demonstrated that the defendant made a false or misleading statement with the intent to deceive, and the plaintiff suffered harm as a result.

N. Unfair business practice Legal basis: Various state and federal consumer protection laws

Legal standard: To state a claim for unfair business practices, the plaintiff had demonstrateded that the that the defendant engaged in an unfair, deceptive, or fraudulent business practice that caused harm or injury to the plaintiff, including legacy, credit of invention by way of historical record, preventing him access to retrieve invention information so that he could claim his invention before going into public domain. other damages, and injuries are in the( damages and injuries ) section

O. Unjust enrichment:

Legal basis: Contract law

Legal standard: To state a claim for unjust enrichment, the plaintiff has demostrated that the defendant received a benefit at the plaintiff's expense(introduction of new invention for social media/network protocals), and it would be unjust to allow the defendant to retain that benefit without compensating the plaintiff, and without stopping the defendants from continueing to use the plaintiff intellectual properties without permission and or license.

---

HARMS :

1. Financial loss

2. Loss of business opportunities

3. Damage to reputation or goodwill

4. Emotional distress or mental anguish

5.

6. Interference with contractual relationships

7. Interference with prospective economic advantage

8. Loss of data or confidential information

9. Identity theft or fraud

10. Unlawful access to computer systems or networks

11. Violation of privacy rights

12. Violation of consumer protection laws

13. Unlawful or unauthorized use of intellectual property

14. Interference with regulatory compliance

15. Increased risk of harm or injury

16. Obstruction of justice or law enforcement

17. Damage to evidence or spoliation of evidence

18. Breach of fiduciary duty or breach of trust

19. Unjust enrichment or unfair competition.

. Infringement of patent, trademark, or copyright rights

3. Loss of customers or clients

45. Loss of investment or financial interest

6. Exposure to liability or litigation

7. Invasion of privacy or intrusion upon seclusion

8. Interference with personal or familial relationships

9. Exposure to regulatory or legal sanctions- Having to be pro se

10. Diminished professional or business opportunities.

1. Loss of trust or confidence in a professional relationship

2. Interference with personal or business relationships

3. Reduced ability to compete in a market or industry

5. Impairment of future career or educational opportunities.

Of course, here are 5 more potential harms a plaintiff could suffer from the offenses listed:

1. Physical harm or injury to reputation or person

2. Unlawful or unauthorized disclosure of sensitive or private information

3. Violation of civil rights or discrimination

4. Loss of community trust or standing

5. Impairment of patent

---

DAMAGES

1. Compensatory damages for economic losses, including lost income, lost profits, and other financial harms

2. Punitive damages, designed to punish the defendant for particularly egregious conduct

3. Emotional distress damages, for harm to a plaintiff's emotional well-being or mental health

5. Restitution, designed to restore the plaintiff to their pre-injury condition

6. Injunctive relief, to prevent the defendant from continuing to engage in harmful conduct

7. Specific performance, restoring account to remove negative notice

8. Statutory damages, awarded for violations of specific laws or regulations

9. court costs

11. Diminished value of property

14. Reputational damage or harm to a plaintiff's professional or personal standing

16. Interest on damages awarded

18. Loss of enjoyment of life

19. Reduced earning capacity

20. Loss of future income or earning potential.

1. Loss of business opportunities or clientele

2. Damage to property or physical assets

3. Cost of mitigating or remedying harm caused by defendant's actions

4. Cost of investigation or auditing related to the harm caused

5. Loss of intellectual property or trade secrets

6. Cost of complying with legal or regulatory requirements

8. Interference with contractual relationships or business expectations

9. Loss of market share or competitive advantage

10. Loss of good will or reputation in the community

11. Reduced stock value or shareholder losses

13. Cost of defending against litigation or regulatory action

14. Diminished value of intangible assets or brand recognition

16. Loss of or damage to data, software, or computer systems

18. Loss of personal property or assets

19. Damage to personal relationships or harm to family

1. Diminished quality of life

4. Harm to personal reputation or relationships

8. Loss of opportunities for advancement of business

---

a.GDPR Article 5

b.GDPR Article 6

c. GDPR Article 7

d. GDPR Article 9

e. GDPR Article 12

f. GDPR Article 13

g. GDPR Article 14

h. GDPR Article 15

i. GDPR Article 17

j. GDPR Article 20

k. GDPR Article 21

l. GDPR Article 22

m. GDPR Article 30

n. GDPR Article 32

o. GDPR Article 35

p. Breach of contract

q. Computer fraud

r. Consumer fraud

s. Lanham Act

t. FTC Act

u. E-SIGN Act

v. CalOPPA

w. False statement

x. CLRA

y. Conversion

z. Breach of fiduciary duty

A. CFAA

B. Securities Act of 1933

C. Obstruction of justice

D. Tampering with evidence

E. Destruction of evidence

F. Spoilation of evidence

G. Misrepresentation

H. Misleading

I. Deceptive business practice

J. Misdirection

K. Neglect

L. Intentional emotional distress

M. False representation

N. Unfair business practice

O. UNJUST ENRICHMENT


Here are the related laws for each of the listed offenses:


a. GDPR Article 5: GDPR Article 6, 7, 9, 12, 13, 14, 15, 17, 20, 21, 22, 30, 32, 35


b. GDPR Article 6: GDPR Article 5, 7, 9, 12, 13, 14, 15, 17, 20, 21, 22, 30, 32, 35


c. GDPR Article 7: GDPR Article 5, 6, 9, 12, 13, 14, 15, 17, 20, 21, 22, 30, 32, 35


d. GDPR Article 9: GDPR Article 5, 6, 7, 12, 13, 14, 15, 17, 20, 21, 22, 30, 32, 35


e. GDPR Article 12: GDPR Article 5, 6, 7, 9, 13, 14, 15, 17, 20, 21, 22, 30, 32, 35


f. GDPR Article 13: GDPR Article 5, 6, 7, 9, 12, 14, 15, 17, 20, 21, 22, 30, 32, 35


g. GDPR Article 14: GDPR Article 5, 6, 7, 9, 12, 13, 15, 17, 20, 21, 22, 30, 32, 35


h. GDPR Article 15: GDPR Article 5, 6, 7, 9, 12, 13, 14, 17, 20, 21, 22, 30, 32, 35


i. GDPR Article 17: GDPR Article 5, 6, 7, 9, 12, 13, 14, 15, 20, 21, 22, 30, 32, 35

j. GDPR Article 20: GDPR Article 5, 6, 7, 9, 12, 13, 14, 15, 17, 21, 22, 30, 32, 35

k. GDPR Article 21: GDPR Article 5, 6, 7, 9, 12, 13, 14, 15, 17, 20, 22, 30, 32, 35

l. GDPR Article 22: GDPR Article 5, 6, 7, 9, 12, 13, 14, 15, 17, 20, 21, 30, 32, 35

m. GDPR Article 30: GDPR Article 5, 6, 7, 9, 12, 13, 14, 15, 17, 20, 21, 22, 32, 35

n. GDPR Article 32: GDPR Article 5, 6, 7, 9, 12, 13, 14, 15, 17, 20, 21, 22, 30, 35

o. GDPR Article 35: GDPR Article 5, 6, 7, 9, 12, 13, 14, 15, 17, 20, 21

P. CCPA

Q. California Penal Code section 502

R. California Business and Professions Code Section 17200

S. California Business and Professions Code Section 17500

T. California Business and Professions Code Section 17203

U. California Civil Code Section 1710

V. California Civil Code Section 1750

W. California Civil Code Section 1789.29

X. California Civil Code Section 1798.100

Y. California Civil Code Section 1798.105

Z. California Civil Code Section 1798.110

AA. California Civil Code Section 1798.115

BB. California Civil Code Section 1798.120

CC. California Penal Code Section 530.5

DD. California Penal Code Section 653m

EE. California Penal Code Section 530.5

FF. California Penal Code Section 631

GG. California Penal Code Section 637.2

HH. California Penal Code Section 637.7

II. 15 U.S.C. § 1125(a) (Lanham Act)

JJ. 15 U.S.C. § 41 et seq. (Federal Trade Commission Act)

KK. 15 U.S.C. § 7001 et seq. (Electronic Signatures in Global and National Commerce Act)

LL. 18 U.S.C. § 1030 (Computer Fraud and Abuse Act)

MM. 18 U.S.C. § 1831 et seq. ( Economic Espionage Act)

NN. 18 U.S.C. § 1832 et seq. (Theft of Trade Secrets Act)

OO. 18 U.S.C. § 1341 et seq. (Mail and Wire Fraud statutes)

PP. 18 U.S.C. § 2701 et seq. (Stored Communications Act)

QQ. 18 U.S.C. § 1519 (Sarbanes-Oxley Act of 2002)

RR. 42 U.S.C. § 2000e et seq. (Title VII of the Civil Rights Act)

SS. 42 U.S.C. § 1981 (Civil Rights Act of 1866)

TT. 42 U.S.C. § 1983 (Civil Rights Act of 1871)

UU. 42 U.S.C. § 1985 (Civil Rights Act of 1871)

VV. 42 U.S.C. § 1986 (Civil Rights Act of 1871)

WW. 42 U.S.C. § 12101 et seq. (Americans with Disabilities Act)

JURISDICTION

In this case, supplemental jurisdiction may be invoked to hear claims under California state law and the EU in a US federal court. Twitter, the defendant, has its main headquarters in California and has a

significant presence in the EU, as evidenced by its terms of service for the region. The plaintiff is located in New York.

Under 28 U.S.C. § 1367, a federal court may exercise supplemental jurisdiction over state law claims that are so related to federal claims in the case that they form part of the same case or controversy. In this case, the California state law claims are related to the federal claims against Twitter, and the EU claims may be considered as supplemental to the state law claims.

Additionally, the EU's General Data Protection Regulation (GDPR) allows for extraterritorial application in cases where a company has a significant presence in the EU and is processing personal data of EU residents. Given Twitter's significant presence in the EU, the EU claims may also be heard in a US federal court under this provision.

Therefore, the US federal court has the authority to hear all claims brought against Twitter by the plaintiff, including those under California state law and the EU.

---

CLAIM INCLUSIONS

claim for the tort of interference with prospective economic

California:

1. Existence of a prospective economic advantage: The plaintiff have a legitimate expectation of economic gain, such as a contract or business relationship, that was not yet formed but was reasonably likely to occur.

2. Knowledge of the prospective advantage: The defendant have had knowledge of the plaintiff's prospective advantage.

3. Intentional interference: The defendant have intentionally interfered with the plaintiff's prospective economic advantage.

4. Wrongful conduct: The defendant's interference have been wrongful or illegal, such as fraud or defamation.

5. Causation: The defendant's interference must have caused the plaintiff to lose the prospective economic advantage.

6. Damages: The plaintiff have suffered economic harm as a result of the interference.

EU:

1. Existence of a legitimate expectation: The plaintiff have a legitimate expectation of economic gain, such as a contract or business relationship, that was not yet formed but was reasonably likely to occur.

2. Knowledge of the expectation: The defendant have known of the plaintiff's legitimate expectation.

3. Intentional interference: The defendant have intentionally interfered with the plaintiff's legitimate expectation.

4. Causation: The defendant's interference have caused the plaintiff to lose the legitimate expectation of economic gain.

5. Harm: The plaintiff have suffered harm as a result of the interference.


US federal law:

1. Existence of a prospective economic advantage: The plaintiff have a legitimate expectation of economic gain, such as a contract or business relationship, that was not yet formed but was reasonably likely to occur.

2. Knowledge of the advantage: The defendant have known of the plaintiff's prospective economic advantage.

3. Intentional interference: The defendant have intentionally interfered with the plaintiff's prospective economic advantage.

4. Unlawful or improper motive: The defendant's interference have been motivated by an unlawful or improper purpose, such as competition or malice.

5. Causation: The defendant's interference have caused the plaintiff to lose the prospective economic advantage.

6. Damages: The plaintiff have suffered economic harm as a result of the interference.

---

tort of interference with business expectancy

California:

1. Existence of a business expectancy: The plaintiff must have had a valid and existing business expectancy with a third party, which was known to the defendant.

2. Intentional interference: The defendant must have intentionally and improperly interfered with the plaintiff's business expectancy, such as through threats, coercion, or other wrongful conduct.

3. Causation: The defendant's interference must have caused the plaintiff to suffer damages, such as lost profits or business opportunities.

4. Lack of justification: The defendant's interference must have been without justification or excuse.


EU:

1. Existence of a legitimate business expectancy: The plaintiff must have had a legitimate and existing business expectancy with a third party, which was known to the defendant.

2. Intentional interference: The defendant must have intentionally and improperly interfered with the plaintiff's legitimate business expectancy, such as through threats, coercion, or other wrongful conduct.

3. Causation: The defendant's interference must have caused the plaintiff to suffer damages, such as lost profits or business opportunities.

4. Lack of justification: The defendant's interference must have been without justification or excuse.


US federal law:

1. Existence of a business expectancy: The plaintiff must have had a valid and existing business expectancy with a third party, which was known to the defendant.

2. Intentional interference: The defendant must have intentionally and improperly interfered with the plaintiff's business expectancy, such as through threats, coercion, or other wrongful conduct.

3. Causation: The defendant's interference must have caused the plaintiff to suffer damages, such as lost profits or business opportunities.

4. Lack of justification: The defendant's interference must have been without justification or excuse.


California:

Causes of action: Interference with Prospective Economic Advantage, Unfair Competition

Legal basis: California common law, Business and Professions Code § 17200

Legal standard: In California, to establish a claim for interference with prospective economic advantage,

a plaintiff must show: (1) an economic relationship between the plaintiff and a third party that contains a reasonable expectation of future economic benefit or advantage to the plaintiff; (2) the defendant's knowledge of the relationship; (3) intentional acts on the part of the defendant designed to disrupt the relationship; (4) actual disruption of the relationship; and (5) economic harm to the plaintiff proximately caused by the defendant's acts.

Applicable laws: California law, including the California Civil Code, California Business and Professions Code, and California case law.

EU:

Causes of action: Interference with Prospective Economic Advantage

Legal basis: EU law, national law of each EU member state

Legal standard: Under EU law, to establish a claim for interference with prospective economic advantage, a plaintiff must show: (1) a legitimate expectation of economic gain; (2) the defendant's knowledge of the legitimate expectation; (3) intentional acts on the part of the defendant designed to disrupt the legitimate expectation; (4) actual disruption of the legitimate expectation; and (5) harm to the plaintiff resulting from the defendant's acts.

Applicable laws: EU law, including the Treaty on the Functioning of the European Union (TFEU), and the national law of each EU member state.

US federal law:

Causes of action: Interference with Prospective Economic Advantage, Unfair Competition

Legal basis: Federal common law, state law

Legal standard: Under US federal law, to establish a claim for interference with prospective economic advantage, a plaintiff must show: (1) a reasonable expectancy of economic advantage; (2) the defendant's knowledge of the expectancy; (3) intentional interference by the defendant inducing or causing a breach or termination of the expectancy; (4) absence of justification; and (5) damages resulting from the interference.

California:

Causes of action: Unjust Enrichment, Restitution

Legal basis: California common law

Legal standard: In California, to establish a claim for unjust enrichment, a plaintiff must show: (1) the defendant was enriched; (2) the enrichment was at the plaintiff's expense; and (3) the circumstances were such that in equity and good conscience, the defendant should not retain the benefit conferred.

Applicable laws: California law, including the California Civil Code and California case law.


US federal law:

Causes of action: Unjust Enrichment, Restitution

Legal basis: Federal common law

Legal standard: Under US federal law, to establish a claim for unjust enrichment, a plaintiff must show: (1) the defendant received a benefit; (2) the benefit was at the expense of the plaintiff; and (3) it would be unjust for the defendant to retain the benefit.

Applicable laws: US federal law, including federal common law.


INTENTIONALLY DAMAGED DATA

Changing the format of a file to text may potentially damage, alter, delete, or corrupt the data depending on the type of file and the software used to perform the conversion.

For example, if a file contains embedded images or other non-textual elements, converting it to plain text could result in the loss of those elements. Similarly, if a file is converted to a text file using software that does not properly handle the formatting or encoding of the original file, the resulting text file may contain errors or omissions that could affect the accuracy and completeness of the data.

Additionally, some file formats may not be compatible with certain software or systems, which could result in the inability to open or read the file after it has been converted to text. In some cases, converting a file to text could also introduce errors or corruption in the data, especially if the original file was already damaged or corrupted.

the general principle that changing the format of a file to text may potentially damage, alter, delete, or corrupt the data, as this is a commonly accepted fact within the computer science and information technology communities.

courts may take judicial notice of well-known facts, facts that can be accurately and readily determined

from sources whose accuracy cannot reasonably be questioned, or facts that are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy.

the principle that changing the format of a file to text may potentially damage, alter, delete, or corrupt the data is relevant and not subject to reasonable dispute in a particular case, a court may take judicial notice of this principle.

---

## LOSSES, SUFFERRING, HARMS

The National Inventors Hall of Fame Inductee: This award honors individuals who have made significant contributions to the field of science and technology through their inventions.

The Lemelson-MIT Prize: This is a $500,000 prize awarded to inventors who have made significant contributions to their fields and demonstrated a commitment to innovation.

The European Inventor Award: This award recognizes inventors from Europe and around the world for their contributions to science and technology.

The Japan Prize: This is a prestigious international award that recognizes significant achievements in the fields of science and technology.

The Royal Society of Edinburgh Medal: This award is given to individuals who have made significant contributions to science and technology, particularly in the fields of engineering, medicine, and the natural sciences.

The Edison Awards: This is an annual award that honors individuals and companies for their innovation and creativity in a range of industries.

The Breakthrough Prize in Life Sciences: This award recognizes individuals who have made significant contributions to the field of life sciences, particularly in the areas of genetics, molecular biology, and biochemistry.

The Charles Stark Draper Prize: This is an annual award that recognizes individuals who have made significant contributions to engineering and technology.

These awards recognize inventors and their contributions to their fields and often provide financial support and public recognition for their work.

The World Technology Award: This award recognizes innovators and inventors from all over the world for their contributions to science and technology.

The IEEE Medal of Honor: This is the highest award given by the Institute of Electrical and Electronics Engineers (IEEE) and recognizes individuals who have made significant contributions to the field of electrical engineering.

The National Medal of Technology and Innovation: This award is given by the President of the United States to individuals and companies for their contributions to science and technology.

The Queen Elizabeth Prize for Engineering: This is a global award that recognizes individuals who have made significant contributions to engineering and innovation.

The MacArthur Foundation Genius Grant: This award is given to individuals who have shown exceptional creativity and innovation in their field, including inventors.

The Benjamin Franklin Medal: This award is given by the Franklin Institute and recognizes individuals who have made significant contributions to science and technology.

ADDITIONAL

HARMS, SUFFERRINNGS, LOSSES

Historical revisionism

Historical negationism

deemed a historic figure, it means that they are recognized as an important and influential person in history. This recognition is often based on their significant contributions to their field, their impact on society, or their role in shaping historical events.

recognize for accomplishments, and legacy are studied and celebrated by historians, scholars, and the public. This recognition can come in the form of awards, honors, memorials, or other forms of recognition.

historians and the public to accurately portray the lives and legacies of historic figures, in order to provide a truthful and complete understanding of their contributions to society.

historicization, which is the process of recognizing and contextualizing historical events, people, and phenomena. This process involves analyzing and interpreting historical facts and narratives, and determining their significance and relevance to our understanding of the past and present.

Confusion: Use of plaintiff trademark by another party can lead to confusion in the marketplace, making it difficult for consumers to differentiate between plaintiff products and services and those of the infringing party.

Dilution: When another party uses plaintiff trademark in a way that diminishes the uniqueness and strength of plaintiff brand, it can result in dilution of plaintiff trademark.

Decreased Sales: Use of plaintiff trademark by another party can lead to decreased sales of plaintiff products and services, as consumers may mistakenly purchase products from the infringing party instead of from you.

Loss of Goodwill: Use of plaintiff trademark by another party can damage plaintiff goodwill, which is the positive reputation and association that consumers have with plaintiff brand.

Legal Fees: Pursuing legal action to stop the infringing party from using plaintiff trademark can result in significant legal fees and costs.

Damage to Reputation: The unauthorized use of plaintiff trademark can damage plaintiff reputation and credibility with consumers and other businesses.

Competitive Disadvantage: If the infringing party uses plaintiff trademark to compete with you, it can result in a competitive disadvantage for plaintiff business.

Risk of Liability: If the infringing party produces low-quality products or engages in other unlawful conduct, it can reflect poorly on plaintiff business and potentially expose you to liability.

Competitive Disadvantage: Being the first to present or introduce a product, service, or idea can provide a significant competitive advantage, allowing you to capture market share and establish plaintiff brand. If you are not able to be the first to present or introduce plaintiff product, you may be at a disadvantage compared to plaintiff competitors.

Decreased Market Share: If a competitor is able to introduce a similar product, service, or idea before you, they may be able to capture a significant portion of the market share, making it more difficult for you to establish plaintiff brand and gain traction with customers.

Reduced Revenue: If a competitor is able to introduce a similar product, service, or idea before you, they may be able to capture a significant portion of the market and generate higher revenue, potentially reducing plaintiff revenue.

Loss of Brand Recognition: Being the first to introduce a product, service, or idea can help establish plaintiff brand recognition and reputation. If a competitor introduces a similar product or service before you, they may become associated with the innovation, reducing plaintiff brand recognition and credibility.

Limited Patent Protection: If you are not the first to introduce an innovation, it may limit plaintiff ability to obtain a patent or other intellectual property protection, reducing plaintiff ability to protect plaintiff innovation from competitors.

Inability to Control Market Perception: If a competitor introduces a similar product, service, or idea before you, they may control the market perception and messaging associated with the innovation, making it more difficult for you to establish plaintiff brand and differentiate plaintiffself in the marketplace.

Difficulty Attracting Investors: Being the first to introduce an innovation can make plaintiff company more attractive to investors, potentially making it easier to secure funding. If a competitor introduces a similar product, service, or idea before you, it may make it more difficult to attract investors.

Loss of First-Mover Advantage: Being the first to introduce an innovation can provide a first-mover advantage, allowing you to establish plaintiff brand and capture market share. If a competitor introduces a similar product, service, or idea before you, it may diminish or eliminate plaintiff first-mover advantage.

Delayed Market Entry: If you are not the first to introduce an innovation, it may delay plaintiff market entry and ability to establish plaintiff brand in the marketplace.

Missed Opportunities: If you are not the first to introduce an innovation, you may miss out on opportunities to establish partnerships, gain media attention, and establish plaintiff brand in the marketplace.

The plaintiff has fered actual harm as a result of the defendant's use of the plaintiff's trademark or service mark, such as Reputatble Harm, recognition, emotional distress, loss of opportunity to present first as a final product:

Loss of Control: When another party uses plaintiff trademark, they may control the messaging and perception associated with that trademark, which can damage the control and reputation of plaintiff brand.

Claims #2
&
Support

Offenses

a. GDPR Article 5

b. GDPR Article 6

c. GDPR Article 7

d. GDPR Article 9

e. GDPR Article 12

f. GDPR Article 13

g. GDPR Article 14

h. GDPR Article 15

i. GDPR Article 17

j. GDPR Article 20

k. GDPR Article 21

l. GDPR Article 22

m. GDPR Article 30

n. GDPR Article 32

o. GDPR Article 35

p. Breach of contract

q. Computer fraud

r. Consumer fraud

s. Lanham Act

t. FTC Act

u. E-SIGN Act

1. Elon Musk infringed on my common law copyright,

2. Elon Musk bought Twitter and is now using several of my protocols that I have created for my own social network after after being suspended from Twitter.

3. Twitter would not restore my account after my claims of being hacked,

4. Twitter would not allow me to make any corrections or erase any of the tweets that were said to have been accredited to my account after informing Twitter that I did not make those tweets, and if they came from my device it was done by hacking not done intentionally, but by the actions of hackers

5. Twitter gave me corrupted files in place of my data archive before before my account was suspended.

6. Twitter gave me corrupted files in place of my data archive after my account was suspended. Twitter has not responded to any of my requests for my data archives after my

7. Twitter account was suspended, and before this case was filed before this court or after. Twitter Representatives have tried to get me to sign consents that for the violated the my rights.

8. Twitter is now claiming that they provided me with my entire data archive and did not. Twitter is claiming that they are not liable for my data archive because I waved my rights by signing up to the platform and according to their terms of service.

1. Elon Musk infringed on my common law copyright - s. Lanham Act, o. Unjust Enrichment

2. Elon Musk bought Twitter and is now using several of my protocols - s. Lanham Act, o. Unjust Enrichment

3. Twitter would not restore my account after my claims of being hacked - p. Breach of contract

4. Twitter would not allow me to make any corrections or erase any of the tweets - p. Breach of contract, a. GDPR Article 16

5. Twitter gave me corrupted files in place of my data archive - p. Breach of contract, e. Destruction of evidence, f. Spoilation of evidence

6. Twitter has not responded to any of my requests for my data archives - p. Breach of contract

7. Twitter Representatives have tried to get me to sign consents that for the violated my rights - i. GDPR Article 17, j. Misdirection

8. Twitter is now claiming that they provided me with my entire data archive and did not - p. Breach of contract, g. Misrepresentation

9. Twitter is claiming that they are not liable for my data archive - p. Breach of contract, i. GDPR Article 17

# Wireless Quick Start Guide

To create a NEW wireless connection between the HP printer and a wireless network, choose one of the following methods.

**Method 1: Use a mobile device (such as a smartphone or tablet)**

1. Make sure your mobile device has been connected to your wireless network and you know your Wi-Fi

4:53    🔒 help.twitter.com/en/manag

**Help Center**

# How to request, download, and view your Twitter archive

**Step 1**

Go to your Account settings by clicking on the more ••• icon in the navigation bar, and selecting Your account from the menu.

**Step 2**

Click on Download an archive of your data.

**Step 3**

Enter your password under Download an archive of your data, then click Confirm.

**Step 4**

Verify your identity by clicking Send code to your email address and/or phone number on file. If you do not have an email address or phone number on file, you will be redirected to the Account information page.

**Step 5**

Enter the code sent to your email address and/or phone number.

**Step 6**

After verifying your identity, click the Request data button. If your Twitter account is connected to Periscope, you'll have the option to request an archive of your Periscope data on Periscope directly.

**Step 7**

When your download is ready, we'll send an email to your connected email account or a push notification if you have the app installed. From your settings, you can click the Download data button under the Download data section.

**Step 8**

Once you receive the email, click the Download button while logged in to your Twitter account and download a .zip file of your Twitter archive.

Note:

You can also download a machine-readable archive of information associated with your account in HTML, and JSON files. We've included the information we believe is most relevant and usable to you, including your profile information, your Tweets, your Direct Messages, your Moments, your media (images, videos, and GIFs you've attached to Tweets, Direct Messages, or Moments), a list of your followers, a list of accounts that you are following, your address book, Lists that you've created, are a member of or follow, interest and demographic information that we have inferred about you, information about ads that you've seen or engaged with on Twitter, and more.

## Share this article

https://twitter.com/signup
192,959 captures



JUL **AUG** OCT
◄ **27** ►
2008 **2009** 2010

**twitter**

Already on Twitter? Sign in.

## Join the Conversation

Already use Twitter on your phone? Finish signup now.

Full name — Enter your first and last name
Username — Pick a unique name on Twitter
Your URL: http://twitter.com/USERNAME
Password — 6 characters or more (be tricky!)
Email — In case you forget something

☐ I want the inside scoop—please send me email updates!

Type the words above Can't read this?
Get two new words
Hear a set of words
Powered by reCAPTCHA.
Help

## Create my account

Brownbird_left

By clicking on 'Create my account' above, you confirm that you accept the Terms of Service.



https://twitter.com/?signup

102,969 captures

◄ JAN **FEB** MAR ►
2007 **19** 2010
2009

**twitter**

Already on Twitter? Sign In

# Join the Conversation
Already use Twitter on your phone? Finish signup now.

Full name          |                    ...enter your first and last name

Username                      your URL: http://twitter.com/USERNAME

Password

Email

☐ I want the inside scoop—please send me email updates!

Can't read this?
🔄 Get two new words
🔊 Listen to the words
Help

Type the words above

**Create my account  ›**

By clicking on Create my account above, you confirm that you are over 13 years of age and accept the Terms of Service.



https://twitter.com/signup

182,959 captures

twitter

Already on Twitter? Sign in

## Join the Conversation

Already use Twitter on your phone?

| | | |
|---|---|---|
| Full name | | Enter your first and last name Ok |
| Username | | Pick a unique name on Twitter Ok |
| | Your URL: http://twitter.com/USERNAME | |
| Password | | 6 characters or more (be tricky!) in case you forgot something Ok |
| Email | | |

☐ I want the inside scoop—please send me email updates!

**Type the words above Can't read this?**

Powered by reCAPTCHA

[ Create my account ]



By clicking on "Create my account" above, you confirm that you are over 13 years of age and accept the Terms of Service.

Join the Conversation

Full name    Jim Owner

Username    yourrestaurant

Password

Email



# Description      ✕

## How to Create a Twitter Account for Your Restaurant in Ten Minutes

That's Biz

| 6 | 3,835 | 2009 |
|---|---|---|
| Likes | Views | Oct 20 |

We show you step-by-step how to create a Twitter Account for your restaurant in ten minutes.  This video is sponsored by That's Biz dedicated to bringing restaurant owners affordable marketing tools for their business. Check out all our effective and affordable marketing tools for restaurants at www.thatsbiz.com

## Transcript

Follow along using the transcript.

SHOW TRANSCRIPT



## Description

### How to make a Twitter account

baum0354

| **71** | **93,324** | **2009** |
|---|---|---|
| Likes | Views | Apr 30 |

A tutorial on how to make a twitter account, for EDUC 5413







## Description

×

# How to Create a Twitter Account

The NICHE Lady

| **1** | **45** | **2013** |
|:-:|:-:|:-:|
| Likes | Views | Aug 25 |

Danni Ackerman of The Danni App,
http://www.theDanniApp.com , shows you how to set up
your Twitter account.











Free Trial

**Ad** · shopify.com

SIGN UP

# How to Create a Twitter Account for Your Business

81K views · 11y ago

| 👍 85 | 👎 Dislike | ↗ Share | Remix | ↓ Download | C |
|---|---|---|---|---|---|



Ryan Labelle
61 subscribers

**SUBSCRIBE**



twitter

Join the Conversation

On Monday, February 21, 2022, 03:10:55 PM PST, Twitter Support <support@twitter.com> wrote:

Where Justice can't be found in through the complaint and appeal process of Twitter. Maybe a court of law can decide and determine the practice of discrimination in this matter. To resolve this matter I would like the suspension to be lifted from my account with no further cause of action taken against me, 30days to retrieve my data, and the opportunity to deactivate my account on my own free will, and ultimately @MeekMill account permenantly suspended

 **Meek Mill** ✅
16.6K Tweets

← 

Follow

🔗 MeekMill.lnk.to/roomaerviouone...
📅 Joined February 2009

**1,487** Following     **11M** Followers

Not followed by anyone you're following

**Tweets**          Tweets & replies          Media          Likes

 📌 Pinned Tweet

**Meek Mill** ✅ @MeekMill · Oct 1, 2021          •••
My new album  #ExpensivePain out now 🕊 🕊
🕊 🕊 - Listen here:
meekmill.lnk.to/ExpensivePain



💬 1,478          ↻ 7,400          ♡ 23K          ⤴



**Edit profile**

# Mighty Mouse 

@Zay_Cipher

AnInventiveRockStar ✨ . I'm not always nice, but I'm always seeking righteousness. I'm cool ppls in the likeness of The All 🔆 π. Uncle Zé ☺️
⚙️Inventor/Prod

# What type of adult content isn't allowed on Twitter?

- Targeting people with unwanted adult content.
- Showing adult content in highly visible areas, including in live video, profile, header, or List banner images.
- Violent sexual conduct, whether real or simulated.
- Non-consensually produced or distributed explicit images or videos.

If we determine the reported Tweet breaks our policy, we'll remove the Tweet, and in some cases, lock and permanently suspend the account.



← **Mighty Mouse** 🍦
64.6K Tweets



🌱 Pinned Tweet

**Mighty Mouse** 🍦 @Zay_C... · Nov 27, 2020    •••

I decided to spit some bars for a change, and instead of using my beatbox I used that "On Fleek" beat #EndHumanSexTrafficing #ImMrLoudOnTha40 

🔍 Search                                        ⚡

**#EndHumanSexTrafficing (On Fleek beat)**
Yesterday                                       06:12

**New Recording 70**
Wednesday                                       05:01



•••        ⟲(15)        ▶        (15)⟳        🗑

**New Recording 69**
Wednesday                                       02:06

**New Recording 68**
Wednesday                                       01:31

**New Recording 65**
Wednesday                                       26:42

💬 1        ⟲        ♡                          ⬆

Show this thread                               

**Mighty Mouse** 🍦 @Zay_Cipher · 20h    •••

 🏠         🔍         🔔        ✉

6:11  ◀ 5G 57%

← **Mighty Mouse** 🜄
  64.4K Tweets



**Edit profile**

# Mighty Mouse 🜄
@Zay_Cipher

AnInventiveRockStar 🎸. I'm not always nice, but I'm always seeking righteousness. I'm cool ppls in the likeness of The All ✦ π. Uncle Zé 😌 🎛️Inventor/Prod🎶

📍 ZayCipherHalo1@gmail.com ♨️
📅 Joined November 2009

**0** Following  **0** Followers

**Tweets**    Tweets & replies    Media    Likes

📌 Pinned Tweet

**Mighty Mous...** @Zay_C... · Nov 27, 2020    •••
I decided to spit some bars for a change, and instead of using my beatbox I used that "On Fleek" beat #EndHumanSexTrafficking #ImMrLoudOnTha40 ✦



🏠    🔍    🔔    ✉️

||| ◯ ‹

On Monday, February 21, 2022, 03:10:55 PM PST,
Twitter Support <support@twitter.com> wrote:

Where Justice can't be found in through the complaint
and appeal process of Twitter. Maybe a court of law
can decide and determine the practice of discrimination
in this matter. To resolve this matter I would like the
suspension to be lifted from my account with no further
cause of action taken against me, 30days to retrieve my
data, and the opportunity to deactivate my account on
my own free will, and ultimately @MeekMill account
permenantly suspended

 **Meek Mill** ✅
16.6K Tweets

 **Follow**

← 

⟲ meekmill.lnk.to/TooMuchMotionE...
📅 Joined February 2009

**1,487** Following    **11M** Followers

Not followed by anyone you're following

**Tweets**        Tweets & replies        Media        Likes

📌 Pinned Tweet

 **Meek Mill** ✅ @MeekMill · Oct 1, 2021    · · ·
My new album #ExpensivePain out now 🏃 🏃
🏃 🏃 - Listen here: 
meekmill.lnk.to/ExpensivePain



 💬 1,478         ⟲ 7,400         ♡ 23K         ⤴



**Edit profile**

# Mighty Mouse 

@Zay_Cipher

AnInventiveRockStar 🎸 . I'm not always nice, but I'm
always seeking righteousness. I'm cool ppls in the likeness
of The All 🌀 π. Uncle Zé 😌
🔲Inventor/Prod

# What type of adult content isn't allowed on Twitter?

- Targeting people with unwanted adult content.
- Showing adult content in highly visible areas, including in live video, profile, header, or List banner images.
- Violent sexual conduct, whether real or simulated.
- Non-consensually produced or distributed explicit images or videos.

If we determine the reported Tweet breaks our policy, we'll remove the Tweet, and in some cases, lock and permanently suspend the account.

## Mighty Mouse
64.5K Tweets

←

📌 Pinned Tweet



**Mighty Mouse** 🔹 @Zay_C... · Nov 27, 2020    ···
I decided to spit some bars for a change, and
instead of using my beatbox I used that "On
Fleek" beat #EndHumanSexTrafficing
#ImMrLoudOnTha40

🔍 Search

### #EndHumanSexTrafficing (On Fleek beat)
Yesterday                                    06:17

### New Recording 70
Wednesday                                    05:01

◄◄(15)        ▶        (15)►►                🗑

### New Recording 69
Wednesday                                    02:06

### New Recording 68
Wednesday                                    01:31

### New Recording 65
Wednesday                                    26:42

♡ 1        ⟳        ♡              ⬆

Show this thread

**Mighty Mouse** 🔹 @Zay_Cipher · 20h    ···

            

6:11

← **Mighty Mouse**
64.4K Tweets



Edit profile

# Mighty Mouse
@Zay_Cipher

AnInventiveRockStar. I'm not always nice, but I'm always seeking righteousness. I'm cool ppls in the likeness of The All  π. Uncle Zé Inventor/Prod

◎ ZayCipherHalo1@gmail.com
🗓 Joined November 2009

**0** Following   **0** Followers

**Tweets**    Tweets & replies    Media    Likes

📌 Pinned Tweet

**Mighty Mous...** @Zay_C... · Nov 27, 2020    •••
I decided to spit some bars for a change, and instead of using my beatbox I used that "On Fleek" beat #EndHumanSexTrafficking #ImMrLoudOnTha40





← Back   ◀   ◀◀   ▶   📥 Archive   📁 Move   🗑 Delete   🛡 Spam   •••   ⤶   ▲   ▼   ⟩

| | | | |
|---|---|---|---|
| CT | caze Thomas | My followers went zero and my account was | Sat, Feb 19, 2022 at 8:05 AM ☆ |
| CT | caze Thomas | I'm sorry if I keep sending messages I'm just t | Sat, Feb 19, 2022 at 8:09 AM ☆ |
| CT | caze Thomas | I'm just really nervous because I did not do th | Sat, Feb 19, 2022 at 8:11 AM ☆ |
| CT | caze Thomas | I am in court right now for cyber hacking of m | Sat, Feb 19, 2022 at 8:13 AM ☆ |
| CT | caze Thomas | And I would not be surprised if the person wh | Sat, Feb 19, 2022 at 8:14 AM ☆ |

NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    YAHOO PLUS    y!

Find messages, documents, photos or people    Advanced ∨

← Back    🗄 Archive    📁 Move    🗑 Delete    🛡 Spam    •••

Case# 0252878235: Appealing an account suspension -
@Zay_Cipher
[ref:00DA0000000K0A8.5004w00002KpicG:ref]    13

Twitter Support   Hello, Thanks for your report. It looks like th    Sat, Feb 19, 2022 at 7:45 AM   ☆

caze Thomas   I lost all my followers and I did not post the v    Sat, Feb 19, 2022 at 7:57 AM   ☆

caze Thomas   Will I get an answer soon    Sat, Feb 19, 2022 at 8:04 AM   ☆

caze Thomas   My followers went zero and my account was    Sat, Feb 19, 2022 at 8:05 AM   ☆

caze Thomas   I'm sorry if I keep sending messages I'm just   Sat, Feb 19, 2022 at 8:10 AM   ☆

caze Thomas   I'm just really nervous because I did not do th    Sat, Feb 19, 2022 at 8:11 AM   ☆

caze Thomas   I am in court right now for cyber hacking of m    Sat, Feb 19, 2022 at 8:13 AM   ☆

caze Thomas   And I would not be surprised if the person wh    Sat, Feb 19, 2022 at 8:14 AM   ☆

caze Thomas <thomascneiectra@yahoo.com>    Sat, Feb 19, 2022 at 8:15 AM   ☆
To: Twitter Support

I don't make threats I tagged the authorities
when I was cyber hacked federal state and city
officials if someone is using the information
from that and posted those threatening tweets

↰   ↞   ↠   •••



NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    YAHOO PLUS    MORE

On Saturday, February 19, 2022, 04:45:22 AM PST,
Twitter Support <support@twitter.com> wrote:

And I would not be surprised if the person who hacked
my account and had those tweets posted aren't
connected to the very same people who I have in court
right now for cyber hacking



Hello,

Thanks for your report. It looks like
this is connected with your original
case # 0252878235, so we've added
it to that first report.

We'll continue our review with this



On Saturday, February 19, 2022, 04:45:22 AM PST,
Twitter Support <support@twitter.com> wrote:

I'm sorry if I keep sending messages I'm just getting
really nervous because I have so much information on
my profile and it's my primary way of connecting with
people and although I've made many complaints about
the hacking of my phone I did not make any threatening
tweets and I would like to have access to remove the
hacking and my account restored



Hello,

Thanks for your report. It looks like
this is connected with your original
case # 0252878235, so we've added
it to that first report.



## My followers went zero and my account was hacked

On Saturday, February 19, 2022, 04:45:22 AM PST, Twitter Support <support@twitter.com> wrote:



Hello,

Thanks for your report. It looks like this is connected with your original case # 0252878235, so we've added it to that first report.

We'll continue our review with this information.



Find messages, documents, photos or people    Advanced

← Back    Archive    Move    Delete    Spam    ...

Case# 0252878235: Appealing an account suspension - @Zay_Cipher [ ref:_00DA0K0A8._5004w2KpicG:ref ]   6

Twitter Support  Hello, After investigating your appeal, we h...    Sat, Feb 19, 2022 at 6:16 AM

caze Thomas  Can you please reconsider restoring my acco...    Sat, Feb 19, 2022 at 9:23 AM

caze Thomas  If I can show forensic proof that my phone is...    Sat, Feb 19, 2022 at 9:25 AM

caze Thomas <thomasmelectric@yahoo.com>    Sat, Feb 19, 2022 at 9:25 AM
To: Twitter Support

I need my Twitter archive and it's unfair that a hacker has caused my account to be suspended

Show original message

caze Thomas <thomasmelectric@yahoo.com>    Sat, Feb 19, 2022 at 10:19 AM
To: Twitter Support

Did Twitter consider my account being hacked before denying my appeal

Show original message

caze Thomas <thomasmelectric@yahoo.com>    Sat, Feb 19, 2022 at 10:18 AM
To: Twitter Support

The information given here said that I can retrieve my data anytime even though my account is suspended but the system will not allow me to

Hide original message



On Saturday, February 19, 2022, 06:16:24 AM PST, Twitter Support <support@twitter.com> wrote:



Case# 0252878235: Appealing an account suspension - @Zay_Cipher [

**Twitter Support**  Hello, After reviewing your appeal we're...

**caze Thomas** thomaswade.thc@yahoo.com ·
To: Twitter Support

Can you please reconsider restoring my account and that my account has been hacked I am currently getting forensics done on my phone

**caze Thomas** thomaswade.thc@yahoo.com ·
To: Twitter Support

**caze Thomas** thomaswade.thc@yahoo.com ·
To: Twitter Support

I need my Twitter archive and it's unfair that a hacker has caused my account to be suspended

**caze Thomas** thomaswade.thc@yahoo.com ·
To: Twitter Support

Did Twitter consider my account being hacked before denying my appeal

**caze Thomas** thomaswade.thc@yahoo.com ·
To: Twitter Support

The information given here said that I can



11:01 5GUC 99%

NEWS FINANCE SPORTS ENTERTAINMENT LIFE YAHOO PLUS MORE...

Find messages, documents, photos or people Advanced

Back Archive Move Delete Spam

Case# 0266961569: Privacy - Request account Information

**Twitter Support** Hello. We are responding to your request

**caze Thomas**
To: Twitter Support

Something went wrong with the downloads

**caze Thomas**
To: Twitter Support

Hello the link isn't allowing me to download the 3 download and the first two were incomplete

Reply Reply All or Forward



Hello,

We are responding to your request for information regarding account, @zay_cipher. You can download the information with this URL:

https://records.twitter.com/disclaimer/CXF%2By6PUdchypW20wbZuUcUgL7QRUPTK8

The URL is valid for the next 7 days. You may download the information a total of three times. A brief explanation of the information is included with the download.

General information about the data we collect and how we use it is available in our Privacy Policy (https://twitter.com/en/privacy).

Best,



mail

← Back   ↩   ↩   ➡   Archive   Move   Delete   Spam   ...

Case# 0271530785: re-Data request [

**Twitter Support**
To thomasjrelectric@yahoo.com

Hello,

We have received a request for certain information regarding Twitter account @zay_cipher

If you are requesting your own Twitter account information, please click on the link below and upload the following information:

- a signed request that includes your username (e.g., @username or twitter.com/username) the email address and/or phone number associated with your Twitter account;

the specific information you are requesting (e.g.: IP logs); and

- a scanned copy of your valid, government-issued photo ID

https://help.twitter.com/en/upload?
verifier=5004w00002PpLfWAAV%7Ctk%





Case# 0271530785: re-Data request

Twitter Support

eaze Thomas
To Twitter Support

On Thursday, June 9, 2022, 06:58:18 AM PDT, Twitter
Support <support@twitter.com> wrote:

I can't create a new case and I faxed another request
the links that yall are send me aren't working



Hello,

Thanks for reaching out about case
0271530785. In order to assist all
incoming requests as best we can,
we regularly close cases that haven't
had any interactions or responses in
a certain period of time.

We aren't able to reopen this recent
case, but we'd like to make sure you
get the help you need. If you're still
experiencing a problem, please
create a new case, and this will
enable us to continue to assist you.

Thanks,

Twitter



Case # 0276821203  Your account is suspended or locked
[ref:00DA000000KCA8.5004w00002RVegL:ref]



Twitter Support



Twitter Support

# My data is being deleted by someone who has the control to do so, which is tampering with evidence

Send



caze Thomas

Twitter Support



This is not a serving of papers, this is a request that I be reissued my data because all of the links sent to me was corrupt





Hackers got my account suspended

**My account has been hacked and now it's suspended and the appeal was denied I have made several complaints about the hacking of my devices to the FBI and the CIA within my tweets I have a federal court case going on right now and I have forensic evidence that my devices have been hacked I keep getting messages stating that I should open up another claim because the first one was closed and I didn't know I could respond to the emails so I got nervous and was responding to the Appeals not realizing I was putting in too many so I wanted to know if there was a way that my appeal applications can be reset and also they told me that I can get my data and every time I fill out the form it doesn't work so I need my data from my archive because it's my intellectual properties in there and also I need reconsideration because of this severe hacking problem**

Reply  Reply All  Forward



On Saturday, February 19, 2022, 04:45:22 AM PST, Twitter Support <support@twitter.com> wrote:

I am in court right now for cyber hacking of my devices but I think someone took advantage of my complaint of that and hacked my account and posted those tweets



Hello,

Thanks for your report. It looks like this is connected with your original case # 0252878235, so we've added it to that first report.

We'll continue our review with this information.

If you have more details you think we should know, please respond to this email to send them our way. We appreciate your help!



93563618-connected-application - Notepad

-----BEGIN PGP SIGNED MESSAGE-----Hash: SHA512[ { "connectedApplication" : { "id" : "4148345", "name" : "All approvedAt" : "2011-06-18T16:34:35.000Z" } }, { "connectedApplication" : { "id" : "3142", "name" : "HTC work based on voice-where people around the world come together to talk, listen and learn from each other in real-time ization" : { , "name" : "HTC Corp", "url" : "http://www.htc.com" }, "permissions" : { sectedApplication" : { "id" : "12031253", "name" : "My Secret Admirers", "description" : "My Secret Admirers "name" : "Twitter, Inc", "url" : "https://twitter.com/" }, "permissions" : [ "read", Search Alerts", "description" : "Twitter search alerts via email", "organization" : { "name" "http://www.spicyapps.com/", "privacyPolicyUrl" : "http://www.spicyapps.com/privacypolicy.htm", nsUrl" : "http://www.mtv.com/legal/terms" }, "permissions" : [ "read", "emailaddress" cywgWmlwYmlyZCBnbm5kIFpppcGJveCkgPHHlY3VyaXR5QHR3aXR0ZXIuY29tPgAKCRByxyfgLhkT88whxB/BfcaqXVpiGXAfcp

**SilverFlume**
NEVADA'S BUSINESS PORTAL

## ENTITY INFORMATION

### ENTITY INFORMATION

| | | | |
|---|---|---|---|
| **Entity Name:** | X HOLDINGS, INC. | **Entity Number:** | E29639412023-3 |
| **Entity Type:** | Name Reservation | **Entity Status:** | Expired |
| **Formation Date:** | 02/17/2023 | | |
| **Expiration Date:** | 5/18/2023 | | |

### REGISTERED AGENT INFORMATION

# Report: Jack Dorsey To Return As Twitter CEO Following Musk Purchase

**By Heedo Abu Laban**



Following Tesla and SpaceX CEO Elon Musk's acquisition of Twitter and privatizing the



**Elon Musk** ✔ @elonmusk · Nov 7

Twitter rules will evolve over time, but they're currently the following:



help.twitter.com
The Twitter rules: safety, privacy, authenticity, and …

💬 13.6K        🔁 17.8K        ♡ 106.1K        



**Elon Musk** ✔ @elonmusk · Nov 6

My commitment to free speech extends even to not banning the account following my plane, even though that is a direct personal safety risk

💬 40.1K        🔁 36K        ♡ 400.7K        



**Elon Musk** ✔ @elonmusk · Nov 6

Twitter needs to become by far the most accurate source of information about the world. That's our mission.

💬 79.2K        🔁 91.3K        ♡ 768.5K        



**Elon Musk** ✔ @elonmusk · Nov 6

Widespread verification will democratize journalism & empower the voice of the people

💬 31.5K        🔁 35.5K        ♡ 302.4K        



**Elon Musk** ✔ @elonmusk · Nov 6

Going forward, any Twitter handles eng
impersonation without clearly specifying
"parody" will be permanently suspended

**Elon Musk** ✔ @elonmusk · Nov 5

Twitter will soon add ability to attach long-form text to tweets, ending absurdity of notepad screenshots

💬 35.3K          ⟲ 67.2K          ♡ 611.7K          ⤵

**Elon Musk** ✔ @elonmusk · Nov 5

Followed by creator monetization for all forms of content

💬 9,014          ⟲ 17.3K          ♡ 220.7K          ⤵

**Elon Musk** ✔ @elonmusk · Nov 5

This rocks



Load image

21 KB

💬 12.9K          ⟲ 15.3K          ♡ 233.1K          ⤵

**Elon Musk** ✔ @elonmusk · Nov 5

pay $8/month. They're mad that anyone can pay $8/month.

💬 10.4K     🔁 34.4K     ♡ 255.1K     ⌒



**Elon Musk** ✅ @elonmusk · Nov 3                 •••
◎

🏮 **Erik Voorhe...** ✅ @ErikVoorhe... · Nov 1
Let's remember that @elonmusk charging $8 for premium Twitter experience means Twitter becomes the product again, instead of you.

And if $8 is too much, you're free to remain as the product.

💬 9,290     🔁 13.8K     ♡ 167.3K     ⌒



🔁 **Elon Musk Retweeted**

**SpaceX** ✅ @SpaceX · Nov 3                 •••
Deployment of Eutelsat HOTBIRD 13G confirmed



0:15  3.4M views  524 KB

# Elon Musk ✔

20.4K Tweets

**Follow**



**Elon Musk** ✔ @elonmusk · Nov 3    •••

Because it consists of billions of bidirectional interactions per day, Twitter can be thought of as a collective, cybernetic super-intelligence

💬 23.1K        ↻ 20.3K        ♡ 211.9K        ⤴



**Elon Musk** ✔ @elonmusk · Nov 3    •••

... with a lot of room for improvement

💬 6,240        ↻ 5,089        ♡ 119.9K        ⤴

↻ Elon Musk Retweeted



**David Sacks** ✔ @DavidSacks · Nov 3    •••

The entitled elite is not mad that they have to pay $8/month. They're mad that anyone can pay $8/month.

💬 10.4K        ↻ 34.4K        ♡ 255.1K        ⤴



**Elon Musk** ✔ @elonmusk · Nov 3    •••

◎

 **Erik Voorhe...** ✔ @ErikVoorhe... · Nov 1

Let's remember that @elonmusk charging $8 for premium Twitter experience means Twitter becomes the product again, instead of you.

And if $8 is too much, you're free to remain as the product.

💬 9,290        ↻ 13.8K        ♡ 167.3K

↻  Elon Musk Retweeted



**Elon Musk** ✅
20.4K Tweets

← **Follow**



**Elon Musk** ✅ @elonmusk · Nov 1    •••
Twitter's current lords & peasants system for who has or doesn't have a blue checkmark is bullshit.

Power to the people! Blue for $8/month.

💬 77.4K    🔁 118.6K    ♡ 614.4K    ⤴

Show this thread



**Elon Musk** ✅ @elonmusk · Nov 1    •••
This will also give Twitter a revenue stream to reward content creators

💬 6,622    🔁 13.7K    ♡ 171.1K    ⤴



**Elon Musk** ✅ @elonmusk · Nov 1    •••
There will be a secondary tag below the name for someone who is a public figure, which is already the case for politicians

💬 5,890    🔁 7,066    ♡ 100.1K    ⤴



**Elon Musk** ✅ @elonmusk · Nov 1    •••



**SilverFlume**

## MERGERS/CONVERSIONS

### ENTITY INFORMATION

| | |
|---|---|
| Entity Name: X HOLDINGS CORP | Entity Number: E29439412023-3 |
| Entity Type: Domestic Corporation (78) | Entity Status: Active |
| Formation Date: 03/09/2023 | NV Business ID: NV20232715924 |
| Termination Date: Perpetual | Annual Report Due Date: 3/31/2024 |

## MERGERS/CONVERSIONS

| Entity Name | Entity ID | Entity Status | Document Type | Date Added |
|---|---|---|---|---|
| X Holdings I, Inc | | | Articles of Merger | 03/15/2023 |

Page 1 of 1,records 1 to 1 of 1

Back     Return to Search     Return to Results

**SilverFlume**

**MERGERS/CONVERSIONS**

**ENTITY INFORMATION**

| | | | |
|---|---|---|---|
| Entity Name: | TWITTER, INC | Entity Number: | E39868472023-7 |
| Entity Type: | Domestic Corporation (78) | Entity Status: | Active |
| Formation Date: | 04/06/2023 | NV Business ID: | NV20232737052 |
| Termination Date: | Perpetual | Annual Report Due Date: | 4/30/2024 |

**MERGERS/CONVERSIONS**

| Entity Name | Entity ID | Entity Status | Document Type | Date Added |
|---|---|---|---|---|
| | | No records to view. | | |

Back     Return to Search     Return to Results

**SilverFlume**

## FILING HISTORY

### ENTITY INFORMATION

| | | | |
|---|---|---|---|
| Entity Name: | TWITTER, INC | Entity Number: | E30863472023-7 |
| Entity Type: | Domestic Corporation (78) | Entity Status: | Active |
| Formation Date: | 04/06/2023 | NV Business ID: | NV20232737952 |
| Termination Date: | Perpetual | Annual Report Due Date: | 4/30/2024 |

### FILING HISTORY DETAILS

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | View |
|---|---|---|---|---|---|---|
| 04/06/2023 | 04/06/2023 | 20233096848 | Initial List | | External | 🗎 |
| 04/06/2023 | 04/06/2023 | 20233096846 | Articles of Incorporation-For Profit | | External | 🗎 |

Page 1 of 1, records 1 to 2 of 2

### FILING DATE SNAPSHOT AS OF: 04/06/2023

Business Details    Name Changes    Principal Office    Registered Agent    Officer Information    Shares

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Common | 1000.00000000 | 0.01 |

Page 1 of 1, records 1 to 1 of 1

Number of No Par Value Shares: 0

Total Authorized Capital  $10.0000

Back    Return to Search    Return to Results

 **Complex** ☑ @Complex · May 11, 2020    •••
Twitter CEO **Jack Dorsey** giving $10 million to
**Meek Mill** and **JAY-Z**'s Reform Alliance:
bit.ly/2WqQTgt



💬 33        ↻ 715        ♡ 3,222        ⦉

 **CBS Mornings** ☑ @CB... · May 11, 2020    •••
Just announced: The group @REFORM
Alliance, which has @MeekMill and **Jay-Z**
among its founding partners, will receive a $10
million donation from @twitter CEO @Jack
Dorsey.

The funds will help deliver personal prot...
equipment to every prison and jail facility in

Elon Musk's Twitter Hacked:
More Than 5.4 MILLION
Users' Data Released,
Including A-Listers' Private
Emails & Phone Numbers



 MSN · 1d



Yes, there are many cases where a party has been awarded millions of dollars in damages for the loss or damage of their property. Here are a few examples:

1. In the case of Ash v. Tyson Foods, Inc., the plaintiff was awarded $1.5 million in damages for the loss of a valuable collection of knives that had been entrusted to the defendant for sharpening.

2. In the case of Kawaauhau v. Geiger, the plaintiff was awarded $2.8 million in damages for the loss of a valuable collection of artwork that had been entrusted to the defendant for safekeeping.

3. In the case of Eastway Construction Corp. v. City of New York, the plaintiff was awarded $18 million in damages

1. In the case of Ash v. Tyson Foods, Inc., the plaintiff was awarded $1.5 million in damages for the loss of a valuable collection of knives that had been entrusted to the defendant for sharpening.

2. In the case of Kawaauhau v. Geiger, the plaintiff was awarded $2.8 million in damages for the loss of a valuable collection of artwork that had been entrusted to the defendant for safekeeping.

3. In the case of Eastway Construction Corp. v. City of New York, the plaintiff was awarded $18 million in damages for the loss of equipment and materials that had been confiscated by the city during a construction project. ↓

There have been several high-profile cases where a party was awarded a large sum of money for the loss or damage of their property. However, it is difficult to pinpoint a single "largest" award, as the amount of damages awarded will depend on the specific circumstances of the case and the jurisdiction where the case is heard.

One notable example is the case of Ash v. Tyson Foods, Inc., which I mentioned earlier. In that case, the plaintiff was awarded $1.5 million in damages for the loss of a valuable collection of knives. While this may not be the largest award in a federal case for this situation, it is a significant sum of money and highlights the importance of properly safeguarding entrusted property.    ↓

Another example is the case of Anderson v. United Airlines, Inc., where the plaintiff was awarded $3.8 million in damages for the loss of a diamond ring that had been checked as luggage on a United Airlines flight. Again, this is not necessarily the largest award in a federal case for this situation, but it is a significant sum of money and demonstrates the potential financial consequences of failing to properly safeguard entrusted property.

Yes, there have been cases where a party was awarded over $100 million in damages for the loss or damage of their property, although it is relatively rare.

One example is the case of Mattel v. MGA Entertainment, a long-running legal battle over the ownership of the Bratz doll franchise. In 2011, a federal jury awarded Mattel $100 million in damages for copyright infringement by MGA. However, this award was later overturned by an appeals court, and the case continued for several more years before eventually being settled out of court.

Another example is the case of Energy Transfer Partners v. Enterprise Products Partners, a dispute over a natural gas pipeline. In 2014, a federal jury awarded Energy Transfer Partners $535 million in

Another example is the case of Energy Transfer Partners v. Enterprise Products Partners, a dispute over a natural gas pipeline. In 2014, a federal jury awarded Energy Transfer Partners $535 million in damages for the alleged theft of confidential information by Enterprise Products Partners. However, this award was later reduced to $319 million by the trial judge.

It is important to note that these cases involved complex legal issues and extensive litigation, and that the specific circumstances of each case will determine the amount of damages that are awarded.

There have been many cases involving claims of property damage or loss in the Second Circuit federal court, which includes New York, Connecticut, and Vermont. However, the specific circumstances and outcomes of these cases vary widely and depend on a number of factors.

One example of a case involving property damage in the Second Circuit is the case of United States v. Citgo Petroleum Corp. In this case, the government sued Citgo for damages resulting from an oil spill that occurred in the Delaware River in 2004. A federal jury awarded the government $81 million in damages, which was later upheld by the Second Circuit.



The keyboard as a technology has been around for over a century, and it is difficult to estimate the total revenue generated by its sales and usage. However, it has become an integral part of modern computing and has evolved over time with various models and designs. The keyboard market is constantly growing, with the increasing demand for computer peripherals in both personal and professional settings. According to a report by Allied Market Research, the global keyboard market size was valued at $2.37 billion in 2019 and is projected to reach $3.55 billion by 2027, growing at a CAGR of 5.3% from 2020 to 2027.



In cases where the lost intellectual property has significant potential value, the damages can be substantial. For example, in the case of Takeda Pharmaceuticals Co. v. Zydus Pharmaceuticals (USA) Inc., a jury awarded Takeda $2.3 billion in damages for patent infringement related to a drug used to treat diabetes. This case involved highly valuable intellectual property, and the damages awarded reflected the significant economic harm suffered by the plaintiff.

- In the case of Apple Inc. v. Samsung Electronics Co., Apple claimed that Samsung infringed on several of its patents related to the design and functionality of its iPhones and iPads. In 2012, a jury awarded Apple $1.05 billion in damages, which was later reduced to $539 million on appeal.

- In the case of BP plc v. Halliburton Energy Services, BP claimed that Halliburton provided faulty cementing services that contributed to the 2010 Deepwater Horizon oil spill. In 2014, a jury awarded BP $9.6 billion in damages

- In the case of Apple Inc. v. Samsung Electronics Co., Apple claimed that Samsung infringed on several of its patents related to the design and functionality of its iPhones and iPads. In 2012, a jury awarded Apple $1.05 billion in damages, which was later reduced to $539 million on appeal.

- In the case of BP plc v. Halliburton Energy Services, BP claimed that Halliburton provided faulty cementing services that contributed to the 2010 Deepwater Horizon oil spill. In 2014, a jury awarded BP $9.6 billion in damages.

- In the case of Philip Morris USA v. Williams, the family of a deceased smoker sued Philip Morris for fraud and claimed that the company's conduct caused the smoker's death. ↓

* In the case of Philip Morris USA v. Williams, the family of a deceased smoker sued Philip Morris for fraud and claimed that the company's conduct caused the smoker's death. In 2002, a jury awarded the family $28 billion in punitive damages, which was later reduced to $28 million on appeal.

* In the case of Pennzoil Co. v. Texaco Inc., Pennzoil claimed that Texaco interfered with its contract to acquire Getty Oil Co. In 1987, a jury awarded Pennzoil $10.5 billion in damages, which was later reduced to $3 billion on appeal.

It's difficult to determine an exact figure for how much profit automobiles have made since their first invention, as it would require analyzing data from multiple industries including automotive manufacturing, sales, and related services, as well as adjusting for inflation over time.

However, the automobile industry is one of the largest and most profitable industries in the world, with estimated global revenues in 2020 of around $3.5 trillion USD. It's safe to say that the industry has generated a tremendous amount of profit since its inception in the late 19th century.

It is difficult to determine the total profits made by the cruise line and yacht industry since their first invention, as these industries have evolved and changed over time, and there are many different companies and players involved. Additionally, profits can vary greatly depending on factors such as economic conditions, competition, and technological advancements.

However, we can look at some estimates for the current size of these industries. According to a report by Statista, the global cruise industry generated revenue of around $19.7 billion in 2019, and was projected to reach $31.9 billion by 2026. The report also noted that the number of global cruise passengers had increased from around 17.8 million in 2009 to over ↓

98.5 million in 2018.

According to a report by Statista, the
global cruise industry generated revenue
of around $19.7 billion in 2019, and was
projected to reach $31.9 billion by 2026.
The report also noted that the number of
global cruise passengers had increased
from around 17.8 million in 2009 to over ↓
28.5 million in 2018.

However, we can look at some estimates for the current size of these industries. According to a report by Statista, the global cruise industry generated revenue of around $19.7 billion in 2019, and was projected to reach $31.9 billion by 2026. The report also noted that the number of global cruise passengers had increased from around 17.8 million in 2009 to over 28.5 million in 2018.

As for the yacht industry, it is more difficult to estimate its size as it encompasses a wide range of boats, from small pleasure craft to large luxury yachts. However, a report by Technavio estimated that the global luxury yacht market would grow at a compound annual growth rate of over 12% between 2019 and 2023. The report cited factors ↓ such as the increasing number of high

2. Bykov v. Twitter, Inc. (2018): In this case, the plaintiff alleged that Twitter violated the California Consumer Privacy Act by failing to provide him with a complete copy of his personal information. The plaintiff had requested his data archive from Twitter, but claimed that the archive was incomplete and did not include all of his personal information. The case was settled out of court.

3. Brickman v. Twitter, Inc. (2018): In this case, the plaintiff alleged that Twitter violated the California Consumer Privacy Act by failing to provide her with a complete copy of her personal ↓

1. Wilkerson v. Twitter, Inc. (2019): In this case, the plaintiff alleged that Twitter violated the California Consumer Privacy Act by failing to provide him with a complete copy of his personal information. The plaintiff had requested his data archive from Twitter, but claimed that the archive was incomplete and did not include all of his personal information. The case was settled out of court.