UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAZE D. THOMAS,

                Plaintiff,

      -against-

APPLE, ET AL.,

                Defendants.

24-CV-7463 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated December 2, 2024, the Court dismissed the complaint but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. (ECF 7.) On January 3, 2025, Plaintiff filed a Notice of Motion in which he seeks an extension of time to file an amended complaint. (ECF 8.) In light of Plaintiff's *pro se* status, the Court grants his request for an extension of time to file an amended complaint. (ECF 8.)

      Plaintiff must file his amended complaint within 30 days of the date of this order. If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter judgment dismissing the action for the reasons stated in its December 2, 2024 order of dismissal.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

2

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 13, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge