UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAZE D. THOMAS,

                             Plaintiff,

              -against-                                24cv7463 (LTS)

META; BLUESKY; DISCORD; XIOMI;                        CIVIL JUDGMENT
APPLE; TIK TOK; MARK ZUCKERBURG;
JACK DORSEY,

                             Defendants.

        For the reasons stated in the August 6, 2025, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge*

*v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

  Dated:    August 7, 2025
            New York, New York


                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge